# Exhibit E – Declaration of Michelle Wynn

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| ELIZABETH BECKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-01435-MHC |
| | ) | |
| CITY OF ATLANTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF MICHELE WYNN

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am currently employed by the City of Atlanta (the "City") as Program Management Officer for the Renew Atlanta Infrastructure Bond Program. I am a civil engineer, and I have been employed by the City in various roles since 2003.

2.      I am familiar with the intersection of Centennial Olympic Park Drive and Martin Luther King, Jr. Drive in Atlanta, Georgia.  The City's records do not show that the intersection has been paved, repaved, or resurfaced since January 26, 1992.

3.     Centennial Olympic Park Drive and Martin Luther King, Jr. Drive converge at a bridge, which is where the intersection at issue is located.  The City does not repave or resurface bridges because that process, which requires digging up old asphalt to replace it with new asphalt, can damage the substructure of the bridge.

4.     The City also does not use the process of microsurfacing—applying a really thin layer of asphalt—on bridges.  The City began using the microsurfacing process within the last three years, and it is only used on very small local streets such as streets found in residential neighborhoods.

5.     With respect to bridges, the City does not repave or resurface a bridge but expects that the surface will maintain itself throughout the life of the bridge until the bridge can be replaced.

6.     In January 2011, the City published its 2010 State of the City's Transportation Infrastructure & Fleet Inventory Report ("2010 Report").  (See Exhibit E-1 – 2010 Report at 1 attached hereto).

7.     In the 2010 Report, the City's Department of Public Works ("DPW") provided an assessment of the City's transportation infrastructure and fleet inventory as well as a catalog of the City's maintenance progress since 2008. (See Ex. E-1 at 1).

8.      The 2010 Report included an assessment of the City's transportation infrastructure, including the condition of streets and sidewalks.  (See Ex. E-1 at 1). According to the 2010 Report, it is estimated that the City has 2,158 miles of sidewalks and curbing.  (See Ex. E-1 at 9).

9.      As noted in the 2010 Report, the City is required by the 2009 Settlement Agreement to identify and install Americans with Disabilities Act ("ADA") compliant curb ramps at sidewalks located on streets resurfaced since January 26, 1992.  (See Ex. E-1 at 11).

10.     DPW intends to do more than what is required by the 2009 Settlement Agreement by ultimately providing ADA compliant curb ramps at all sidewalk locations throughout the City.  (See Ex. E-1 at 11).  As noted in the 2010 Report, the City submitted to the DOJ an inventory of ADA ramp needs identified as Priority 1 (High) and Priority 2 (Medium) ramps, which are all located on roads or streets that have been resurfaced since 1992, scheduled for improvements.  (See Ex. E-1 at 12).

11.     Low priority ramps are those ramps not included in the DOJ mandate because they are located on streets that have not been resurfaced since 1992.  (See Ex. E-1 at 12).

12.     DPW identified an ADA ramp repair inventory backlog of $52 million in its 2010 Report.   (See Ex. E-1 at 13).  DPW noted that the deterioration of ADA ramps will continue every year until the backlog is eliminated.  (See Ex. E-1at 13).

13.     DPW further recommended that once the backlog has been addressed, the City should designate approximately $5 million annually toward an ADA ramp maintenance program.  (See Ex. E-1 at 13).

14.     The 2010 Report also included an assessment of the City's 164 bridges.  (See Ex. E-1 at 6).  At the time of the 2010 Report, the average age of the City's bridge structures was 57 years.  (See Ex. E-1 at 6).

15.     The Georgia Department of Transportation ("GDOT"), upon completion of its bi-annual inspection of bridges, assigns Sufficiency Ratings for each bridge.  (See Ex. E-1 at 6).  Any bridge with a sufficiency rating below 50 is considered to be a candidate for major repairs or replacement.  (See Ex. E-1 at 6).

16.     At approximately $288.58 million, bridge maintenance and replacement represent the largest dollar investment required to improve Sufficiency Ratings of all bridges to a rating of 75 or above.  (See Ex. E-1 at 6).

17.     The 2010 Report identified a total backlog of approximately $922 million in transportation infrastructure replacement projects.  (See Ex. E-1 at 1).

- 4 -

18.     DPW recommended that once the backlog has been addressed or eliminated, the City would need to make an estimated annual investment of approximately $95 million a year, representing a 269% funding gap, to maintain the aging transportation infrastructure and fleet inventory as well as prevent another backlog.  (See Ex. E-1 at 2).

19.     On March 17, 2015, Atlanta voters overwhelmingly supported the Renew Atlanta Infrastructure Bond ("Renew Atlanta") in a special election.  (See Exhibit E-2 at Beckley-COA 000540 attached hereto).  A $250 million infrastructure bond program, Renew Atlanta is the first major investment in the City's aboveground infrastructure in more than a decade.  (Id.)

20.     Renew Atlanta was developed through years of research and more than 100 public meetings with extensive community input.  (See Ex. E-2 at Beckley-COA 000540).

21.     Renew Atlanta is a first step toward resolving the City's infrastructure repair backlog of more than $900 million.  (See Ex. E-2 at Beckley-COA 000543). Renew Atlanta bond funding will allow the City to make urgent repairs to Atlanta's infrastructure without raising property taxes.  (Id.)

22.     Among the projects included in Renew Atlanta is the construction and repair of curbs and sidewalks with ADA ramps for better mobility.  (See Ex. E-2 at

Beckley-COA at 000544).  Specifically, in accordance with the ADA, the City builds accessible ramps into sidewalks when completing road resurfacing or other sidewalk repairs with Renew Atlanta funds.  (See Ex. E-2 at Beckley-COA 000546).

23.     Renew Atlanta roadway projects also include ADA ramp construction, curb repairs, and sidewalk repairs.  (See Ex. E-2 at Beckley-COA 000547).  Renew Atlanta specifically allocates $5,239,992 for ADA projects.  (See Exhibit E-3 at Beckley-COA 000561 attached hereto).

24.     ADA ramp installation is also included in the $51,941,543 in funding designated for Local Projects by Council District.  (See Exhibit E-3 at Beckley-COA 000562).

25.     Renew Atlanta also allocates funding for the repair and replacement of high-priority bridges.  (See Ex. C-2 at Beckley-COA 000546).

26.     On May 4, 2015, Atlanta City Council adopted legislation identifying a list of projects to be funded under Renew Atlanta.  (See Exhibit E-4 at Beckley-COA 000525-27 attached hereto).  The bridge located at Martin Luther King, Jr. Drive is listed among the bridges slated for replacement with Renew Atlanta funds. (See Ex. E-4 at Beckley-COA 000528).

27.     Other projects include an ADA Ramp and Sidewalk Replacement Program as well as transportation projects that include ADA curb and sidewalk improvements in all twelve (12) Council Districts in Atlanta.  (See Ex. E-4 at Beckley-COA 000530-37).

28.     Renew Atlanta will provide funding for the installation of ADA compliant ramps, which will be constructed at the intersection of Centennial Olympic Park Drive and Martin Luther King, Jr. Drive when the Martin Luther King, Jr. Drive bridge is replaced.

I declare under penalty of perjury that the foregoing is true and correct.

Signature:

_____

Michele Wynn

Executed on the 26th day of April, 2017.

- 7 -

Exhibit E-1



# 2010 State of the City's Transportation Infrastructure & Fleet Inventory Report

 

**City of Atlanta**
**Department of Public Works**
**January 2011**

Beckley-COA000149

# Table of Contents

**Section**                                                                                 **Page(s)**

1.0      Executive Summary......................................................................................................1-2

2.0      Transportation Infrastructure Fact Sheets..........................................................3-27
         2.1  Street Resurfacing Program..................................................................................3-5
         2.2  Bridge Program.......................................................................................................6-8
         2.3  Sidewalk and Curbing Program............................................................................9-10
         2.4  ADA Ramp Program...............................................................................................11-13
         2.5  Traffic Signals Program.........................................................................................14-16
         2.6  Reversible Lane System Program.........................................................................17-18
         2.7  Traffic Signage Program.......................................................................................19-20
         2.8  Street Lights Program............................................................................................21-22
         2.9  School Zone Flasher Program...............................................................................23
         2.10 Roadway Construction Program for Unpaved Streets.......................................24-25
         2.11 Department of Public Works Studies and Assessments.....................................26-27

3.0      Fleet Inventory Fact Sheet....................................................................................28-30

4.0      Summary and Funding Options............................................................................31-38

5.0      Appendix.................................................................................................................39-46
         Appendix A – Maps:
                  A.1 Street Resurfacing Projects:  Arterials..................................................40
                  A.2 Street Resurfacing Projects:  Collectors.................................................41
                  A.3 Street Resurfacing Projects:  Industrials................................................42
                  A.4 Bridge Projects..........................................................................................43
                  A.5 Traffic Signals Projects.............................................................................44
                  A.6 Reversible Lane System Projects..............................................................45
                  A.7 School Zone Flasher Projects....................................................................46
                  A.8 Unpaved Streets Projects..........................................................................47

Note: In accordance with the City of Atlanta Sustainability Plan, project lists sorted in various ways are only available by request. Please contact the Department of Public Works for distribution.

Beckley-COA000150

## 1.0 Executive Summary

### Overview

The City of Atlanta Department of Public Works has completed the 2010 State of the City's Transportation Infrastructure and Fleet Inventory Report to provide an assessment of the transportation infrastructure and fleet inventory as well as catalogue the maintenance progress since the last status report completed in 2008. The 2008 report excluded the infrastructure managed by other local government authorities such as that of the Atlanta Public Schools, the Metropolitan Atlanta Rapid Transit Authority (MARTA), the Atlanta Fulton County Recreational Authority, and Grady Hospital. The report also limited its focus to infrastructure related to general government operations, therefore excluding the City's water/sewer infrastructure (including storm water management) and the infrastructure at Hartsfield-Jackson Atlanta International Airport that receive funding through independent enterprise funds. Furthermore, the 2008 report did not address the City's expansion needs.



**City of Atlanta Skyline**

With the exception of a few differences, the 2010 report follows the same guidelines outlined in the previous report. The 2010 report does not analyze the state of the City's Facilities, such as police and fire stations; it also includes some additional transportation assets and studies to provide a more complete catalogue of the City of Atlanta's (COA) transportation infrastructure. The assets and studies that have been added are: Unpaved Streets (Roadway Construction), Reversible Lane Systems, Traffic Signs, a Street Classification Study, a Street and Sidewalk Condition Assessment, a Signs and Markings Condition Assessment, a City of Atlanta Standard Specifications and Construction Details Update, a Truck Route Analysis, and a Street Light Assessment.

### Action Since 2008

The 2008 report identified a deferred transportation maintenance cost, or backlog, of over $586 million. Although there has been investment in the transportation infrastructure and fleet since 2008; the 2010 transportation infrastructure replacement project needs currently are approximately $922 million (a 48% increase over the needs identified in 2008). Without the additional scope items added in the 2010 transportation report, there has been an approximate $215 million change or a 34% increase in backlog project needs. A detailed breakdown of the changes from 2008 to 2010 is shown in Table 4-1, the "2008-2010 Transportation and Fleet Backlog Cost Summary."

### Prioritization Criteria

Across the asset categories tracked, there were various ways used to identify High, Medium, and Low Priority projects. The most common was to determine how many years the asset was past its life cycle (the assumed length of time that an entity will remain viable without significant maintenance). Asset category priority project values are shown in the fact sheets included in this report.

### Funding Plan

Currently, most of the funding for capital projects comes from the City's General Fund or a General Obligation Bond Referendum. However there are many other options for funding. Alternative sources of funding and plans are discussed in the following Fact Sheets and the 10 and 20 year investment schedules found in Charts 4.3, 4-4, and 4-5. The 10 year period projected funding need for the backlog and annual maintenance is approximately $195 million and the 20 year period projected funding need for backlog and annual maintenance is approximately $145 million.

## 1.0 Executive Summary

### Recommendations

It is recommended that the City make it a priority to create a diversified plan which will eliminate the current transportation infrastructure and fleet inventory backlog. If the backlog is not eliminated, every year the deterioration of the transportation infrastructure and fleet will continue. Once the backlog has been eliminated, or addressed in parallel, it is estimated that an annual investment of approximately **$95 million** a year, representing a 269% funding gap, is needed to maintain the aging transportation infrastructure and fleet inventory to prevent the accumulation of another backlog. The 2008 report recommended an annual investment of **$100 million**; however that calculation included the City's Facilities. A detailed breakdown of the annual investment needs by category is shown in Table 2-2, the Funding Gap Summary.



Atlanta at Night

## 2.1 Street Resurfacing Program Fact Sheet

### Overview

Street resurfacing, as defined in this report, consists of either micro-surfacing / crack sealing or milling and overlaying roadways. There are five categories of streets: Arterial, Collector, Residential, Industrial, and Unpaved.


Pothole

- Arterial - A multi-lane street which functions to move traffic from one district of the city to another that is not designated to serve individual residences. Average 60' wide

- Collector - A multi-lane street which functions to move traffic from residential streets to arterial streets. Average 48' wide

- Residential - A street which provides frontage for access to lots and carries traffic to and from adjoining residential properties. Traffic shall have origin or destination in the immediate neighborhood. Traffic volume shall not exceed 1,200 ADT (Average Daily Traffic) at any point of traffic concentration. Average 26' wide

- Industrial - A street in an industrial area, which carries extreme axial loadings as a result of increased tractor-trailer volumes. Average 26' wide

- Unpaved - Gravel and/or dirt street which requires routine maintenance (adding new material, shaping, and ditch cutting) on a quarterly basis and after each heavy rain. (See section 12.0 of this report for the fact sheet.)

### Paved Street Inventory

The paved street inventory is approximately 1,634 miles of City owned arterials, collectors, residential, and industrial roadways (1,705 miles in 2008) and unfinished subdivisions. The paved street inventory is the largest part of the transportation infrastructure.

### Action Since 2008

The City of Atlanta has resurfaced 67 miles of roadway since 2008. The inventory has been reduced by removing State routes (approximately 91 miles of arterials and collectors), whose maintenance is not the responsibility of the City, from our Inventory roles. There was also an addition of 15 miles of Industrial streets and 5.18 miles of unpaved subdivision roadways added to the inventory not previously tracked.

### State of the Paved Street Inventory

51% of the paved street inventory is past their life cycle (47 % in 2008) however, that does not necessarily mean that they are significantly deteriorated. The paved street inventory has 834 miles that are past their Life Cycle (796 miles in 2008). The cost to resurface the City streets that have passed their life cycle is approximately $261.5 million ($255.4 million in 2008).

### Prioritization Criteria

The Priority Ratings, of High, Medium, and Low, for the roadways was determined by their number of years past life cycle. High priority streets are over 10 years past life cycle, Medium priority streets are 5 to 10 years past life cycle, and Low priority streets are 0 to 5 years past life cycle. High priority streets will be further ranked based on Condition Data to determine the order of reconstruction.

## 2.1 Street Resurfacing Program Fact Sheet

**Chart 2.1-1**

### 2010 Paved Streets Priorities



☐ High
☐ Medium
☐ Low

**Chart 2.1-2**

### 2008 Paved Streets Priorities



☐ High
☐ Medium
☐ Low

**Table 2.1-1**
**2010 Paved Streets Backlog Inventory**

| Type of Street | Life Cycle (years) | Total Past Life Cycle (miles) | 10+ Years Past Life Cycle (miles) | 5 to 10 Years Past Life Cycle (miles) | 0 to 5 Years Past Life Cycle (miles) | 0 to 5 Years to Life Cycle (miles) | 5+ Years to Life Cycle (miles) | Total Miles | Past Life Cycle (%) |
|---|---|---|---|---|---|---|---|---|---|
| Arterials | 10 | 48 | 5 | 12 | 32 | 16 | 9 | 74 | 65% |
| Collectors | 15 | 102 | 11 | 29 | 62 | 48 | 80 | 230 | 45% |
| Industrial | 10 | 17 | 4 | 5 | 8 | 3 | 3 | 22 | 76% |
| Residential | 20 | 667 | 222 | 222 | 222 | 100 | 541 | 1,308 | 51% |
| Totals | | 834 | 242 | 268 | 324 | 167 | 633 | 1,634 | 51% |

Note: All residential streets 10-20 years past their life cycles were evenly divided among High, Medium, and Low categories.

**Table 2.1-2**
**2010 Street Status Summary**

| Type of Street | High Priority | | Medium Priority | | Low Priority | | Total Cost |
|---|---|---|---|---|---|---|---|
| | Resurface (miles) | Cost (thousands) | Resurface (miles) | Cost (thousands) | Resurface (miles) | Cost (thousands) | (thousands) |
| Arterials | 5 | $1,736 | 12 | $4,988 | 32 | $15,851 | $22,576 |
| Collector | 11 | $3,582 | 29 | $10,915 | 62 | $21,689 | $36,185 |
| Industrial | 4 | $2,636 | 5 | $2,083 | 8 | $3,335 | $8,055 |
| Residential | 222 | $65,252 | 222 | $65,252 | 222 | $65,252 | $195,755 |
| Totals | 242 | $73,206 | 268 | $83,238 | 324 | $106,126 | $262,570 |

Note: Excludes unpaved streets.

* 5-15 years, ** 15+ years

Beck_FACCTDA00084

## 2.1 Street Resurfacing Program Fact Sheet

### Recommendations

The City should first eliminate the current paved streets inventory backlog. If the backlog is not eliminated, every year the deterioration of the transportation infrastructure will continue. The City should then make a commitment to specifically fund approximately $38.32 million annually for a roadway maintenance program. One way to optimize the maintenance program is to investigate the use of alternate pavement rehabilitation options such as slurry sealing, Full Depth Reclamation or Recycling (FDR), and minimizing raw material costs by reusing milled asphalt as an aggregate source.

**Table 2.1-3**
**Street Resurfacing Funding Gap**

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $261.52 | $3.98 | $38.32 | $34.35 | 864% |

Note: Current Annual Budget assumes that 73% of General Fund 130305 and 130306 is spent on Street Resurfacing. The elimination of the backlog is not considered when calculating the annual budget for maintenance and replacement.



**Resurfaced Street**

## 2.2 Bridge Program Fact Sheet

### Overview

The City of Atlanta is responsible for maintenance of 164 bridges. The Georgia Department of Transportation, upon completion of its bi-annual inspection of bridges, assigns Sufficiency Ratings for the bridges. Sufficiency ratings are based on over 20 factors in four categories: (1) structural adequacy and safety; (2) serviceability and functional obsolescence; (3) essentiality for traffic and (4) special reductions. A low sufficiency rating does not directly correlate to an unsafe bridge. Any bridge considered unsafe is immediately closed to traffic. The most current GDOT report was completed in 2009. Any bridge with a sufficiency rating below 50 is considered to be a candidate for major repairs or replacement.



**Spring Street Bridge**

### Bridge Inventory

There are 17 City of Atlanta bridges which have sufficiency ratings that correspond to fair or poor overall condition. This represents approximately 10% of the 164 bridges in the City inventory. Of these bridges: two are under construction, one is newly completed, one is under design with replacement funding identified, and one has been abandoned and is not slated for replacement. Considering that three of the 17 bridges are completed or under construction, there are 14 bridges remaining with ratings less than 50 which correspond to 9% of the overall inventory. The average age of the city's bridge structures is 57 years. The oldest bridges are 104 years old and were constructed in 1906. There are currently three closed bridges, not due to construction.

### Action Since 2008

The City of Atlanta has refurbished (painting, joint sealing and or minor repair) ten bridges since 2008. During subsequent inspection of these structures in 2008 and 2009, seven of these bridges saw an increase of between 3 and 24 points in sufficiency rating, two bridges remained the same and one decreased due to additional deterioration. Fifty eight bridges received repair work associated with the September 2009 Flood (ten of these repairs were structural).

### State of the Bridge Inventory

Bridge replacement and maintenance accounts for the largest dollar investment required to improve sufficiency ratings of all bridges to above 75, approximately $288.58 million ($162 million in 2008). Fourteen bridges are in poor or fair condition with sufficiency ratings between 0 and 50 and no identified or insufficient funding. Forty-one bridges are in good condition with sufficiency ratings between 50 and 75. The good category was not tracked in the 2008 report and primarily includes bridge refurbishment and required maintenance costs.

**Chart 2.2-1**

### 2010 Bridge Sufficiency Ratings



4.3%  3.7%
25.5%
66.5%

☐ Poor
☐ Fair
☐ Good
☐ Very Good

**Chart 2.2-2**

### 2008 Bridge Sufficiency Ratings



5.1%  6.4%
33.1%
55.4%

☐ Poor
☐ Fair
☐ Good
☐ Very Good

## 2.2 Bridge Program Fact Sheet

### Prioritization Criteria

The Priority Ratings, of High, Medium, and Low for bridge replacement and refurbishment were determined by sufficiency ratings. High priority is sufficiency ratings of 0 to 34, Medium priority is sufficiency ratings of 35 to 50, and Low priority is sufficiency ratings of 50 to 75.

**Chart 2.2-3**

**2010 Cost Estimates for Bridge Replacement and Refurbishment**

**Chart 2.2-4**

**2008 Cost Estimates for Bridge Replacement and Refurbishment**



**Table 2.2-2**

**Bridges - Sufficiency Rating Summary**

| Category | GDOT Sufficiency Rating | # of Bridges 2008 | # of Bridges 2010 |
|---|---|---|---|
| Poor | 0 - 34 | 8 | 8* |
| Fair | 35 - 50 | 10 | 6** |
| Good | 51 - 75 | 52 | 41 |
| Very Good | 75 - 100 | 87 | 107 |
| Total Bridges: | | 157 | 162 |

**Table 2.2-2**

**2010 Bridges - Replacement and Refurbishment Needs**

| | High Priority | Medium Priority | Low Priority | Totals |
|---|---|---|---|---|
| Sufficiency Rating | 0 - 34 | 35 - 50 | 51 - 75 | |
| # of Bridges 2010 | 7 | 6 | 41 | 54 |
| Cost (thousands) | $71,445 | $82,668 | $134,465 | $288,579^ |

**Notes: Bridges abandoned, funded and/or under construction**

*Mitchell Street (over Southern Railroad) is currently under construction (included in the very good category)
**Mitchell Street (over abandoned railroad) is currently under construction (included in the very good category), Hollywood Road (over Southern Railroad) is recently completed (included in the very good category), Bankhead Avenue (old truss bridge over CSX Railroad) is closed & abandoned (demolition cost included medium priority)
^Fairburn Road (over CSX Railroad) is GDOT funded (construction cost not included)

## 2.2 Bridge Program Fact Sheet

### Recommendations

The City should first eliminate the current bridge backlog. If the backlog is not eliminated; every year the deterioration of the bridge infrastructure will continue, resulting in additional closed and weight limited bridges. This will have an exponential impact on mobility and traffic flow throughout the city. Once the backlog has been addressed the City should then make a commitment to specifically fund approximately $5 million annually for a bridge maintenance program. This amount will allow for refurbishing of all bridges on a 10 year cycle as well as fund minor repairs needed annually.

**Table 2.2-3**
**Bridge Funding Gap**

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $288.58 | $0.85 | $5.00 | $4.15 | 486.94% |

Note: The elimination of the backlog is not considered when calculating the annual budget for maintenance and replacement.



Edgewood Road Bridge over abandoned railroad

# 2.3  Sidewalk and Curbing Program Fact Sheet

## Overview

Although new sidewalks have been installed under the Quality of Life Bond Program and minor trip hazards have been addressed since the 2008 Infrastructure Report, there is no substantive change to the estimate of existing deteriorated sidewalks and curbing in the City of Atlanta. The Inner City's sidewalk network of hexagonal concrete and brick pavers are beyond the expected life of fifty years. These sidewalks have deteriorated, and do not meet the requirements of the Americans with Disabilities Act (ADA) of 1990. Curbing, particularly in outlying areas annexed from Fulton County, include non-standard header rock providing little stormwater control.

## Estimated   Sidewalk   and   Curbing Inventory

Based on the 2008 State of the City's Infrastructure Report, it is estimated that the City has 2,158 miles of sidewalks and curbing.

## Action Since 2008

Eighteen miles of replacement sidewalks and curbing have been constructed since the State of the City's Infrastructure Report dated December, 2008.    This represents less than one percent of the sidewalk and curbing inventory, merely four percent of the 2008 estimated backlog for sidewalks, and eight percent of the 2008 estimated backlog for curbing.

## State of the Inventory

The 2008 Infrastructure Report estimated that about 18% of our sidewalk network can be categorized as



**Deteriorated & Non-ADA Compliant Sidewalk**

**Deteriorated & Non-ADA Compliant Sidewalk**

deteriorated; 10% of curbing is estimated in the report to be deteriorated. While small amounts of infrastructure replacement have occurred over the past two years, the Department of Public Works estimates that these replacements have been offset by further deterioration of the remaining infrastructure.  Therefore, the estimated backlog rates remain the same as in the 2008 report. However, replacement costs per mile of construction have been revised upward from the 2008 report.

## Table 2.3-1
## Sidewalks and Curbing – Backlog Inventory

| Sidewalk Program Component | Total Inventory (miles) | Estimation Rate | Backlog (miles) | Estimated Backlog Cost Per Mile (thousands) | Estimated Total Backlog Cost (thousands) |
|---|---|---|---|---|---|
| Sidewalks | 2,158 | 18.3% | 395 | $268 | $109,012 |
| Curbing | 2,158 | 10.0% | 216 | $132 | $29,340 |
| Engineering Services | Not Applicable | 10.0% | Not Applicable | Not Applicable | $14,250 |
| TOTAL | | | | | $152,603 |

## 2.3 Sidewalk and Curbing Program Fact Sheet

### Prioritization Criteria

A comprehensive sidewalk and curbing assessment of magnitude and condition is needed for the Sidewalk & Curbing Replacement Program. This report estimates an equal distribution of high, medium, and low priority sidewalk and curbing projects in the City. The Department of Public Works will utilize street classification and the following additional data in determining priority of sidewalks and curbing for replacement.

➤ Street Classification: Arterials (highest priority), Collectors, or Residentials/Locals (lowest priority)

➤ Connectivity to: Schools, bus routes, parks, and commercial/community/medical center nodes

➤ Safety: Reports of pedestrian accidents

➤ Population Density

### Table 2.3-2
### Sidewalk and Curbing Status Summary

| Sidewalk Program Component | High Priority (thousands) | Medium Priority (thousands) | Low Priority (thousands) | Totals (thousands) |
|---|---|---|---|---|
| Sidewalk | $39,971 | $39,971 | $39,971 | $119,913 |
| Curbing | $10,758 | $10,758 | $10,758 | $32,274 |
| Totals | $50,729 | $50,729 | $50,729 | $152,187 |

Note: Includes engineering.

### Recommendations

The City should first eliminate the current sidewalk repair inventory backlog. If the backlog is not eliminated; every year the deterioration of the sidewalk infrastructure will continue. Once the backlog has been addressed the City should then make a commitment to specifically fund approximately $15 million annually for a sidewalk maintenance program.

### Table 2.3-3
### Sidewalks and Curbs Funding Gap

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget* Needed (millions) B | Needed vs. Current Funding Gap (millions) B – A | Funding Gap % (B - A)/A |
|---|---|---|---|---|
| $152.19 | $0.42 | $15.18 | $14.76 | 3514.28% |

Note: The elimination of the backlog is not considered when calculating the Annual Budget.

## 2.4  ADA Ramp Program Fact Sheet

### Overview

In 2009, the United States Department of Justice initiated a compliance review of the facilities and policies of the City of Atlanta related to the Americans with Disabilities Act (ADA) of 1990.  Among other outcomes for City of Atlanta Departments, the Department of Public Works (DPW) is required to identify and install adequate curb ramps at sidewalk locations of streets resurfaced since January, 1992.  However, the Department has a desire to do more by providing adequate curb ramps at all sidewalk locations throughout the City.



Intersection Node with Missing ADA Ramp

### ADA Ramp Inventory

During this calendar year, in-house staff of the Department of Public Works has extensively revisited non-state route locations within the City which have been resurfaced since 1992.  The DPW assessment inventoried 757 miles of City streets.  This inventory represents 44% of the entire street network.  The inventory found 18,884 intersection nodes with ADA ramp requirements.  See the inventory assessment below for the assessed condition of these intersection nodes.  An intersection node is defined as one corner of crossing streets.  For example, a T-intersection would have two intersection nodes; an X-intersection would have four intersection nodes.  Based on this partial inventory, the Department of Public Works estimates that throughout the City there are approximately 43,000 intersection nodes with ADA ramp requirements.  This compares to 52,800 from the 2008 State of the Infrastructure Report.

### Action Since 2008

Since 2008, the City of Atlanta has replaced ADA ramps primarily through funding from the Quality of Life Bond Program.  This replacement program provided ADA-compliant ramps wherever sidewalk replacement projects occurred, as well as when intersection improvement projects were implemented.  The count of ADA ramp replacements since 2008 is 813 ramps.  This represents 1.9 percent of the estimated ADA ramp inventory.  This represents 2.6 percent of the estimated backlog for ADA ramps.

### State of the Inventory

This year's ADA ramp assessment found the following at 18,884 intersection nodes with ADA ramp requirements:

- ➤ 3,080 intersection nodes were compliant.

- ➤ 8,705 intersection nodes had ADA ramps that are currently non-compliant with today's standards.

- ➤ 7,099 intersection nodes have no ADA ramps where needed.

The condition of ramps along streets that have not been resurfaced since 1992 has not been inventoried.  An assessment is needed to confirm the existence and condition of these ramp requirements.  Ramps on the un-inventoried arterials and collectors are estimated at a rate of 4 ramps per 500 feet of street length.  It is assumed that 20 percent of the un-inventoried local roads have a sidewalk system.  For these sidewalks, it is estimated that there are ramps at a rate of 4 ramps per 500 feet of length.

# 2.4  ADA Ramp Program Fact Sheet

## Prioritization Criteria

In the schedule for improvements provided to the Department of Justice, the inventory of ADA ramp needs have been defined as Priority 1 (high) and Priority 2 (medium) ramps. Priority 1 ramps are along the City's arterial and collector roads that have been resurfaced since 1992. Priority 2 ramps are along the City's local streets that have been resurfaced since 1992. In this report, all ramps mandated in the Department of Justice agreement are high priority. Medium priority ramps are those ramps not included in the Department of Justice mandate that are on arterials and collectors that have not been resurfaced since 1992. Low priority ramps are those ramps not included in the Department of Justice mandate on local streets that have not been resurfaced since 1992.

### Table 2.4-1

#### ADA Ramp - Backlog Inventory

| ADA Ramps | High Priority | Medium Priority | Low Priority | Totals |
|---|---|---|---|---|
| Arterials | 1,794 | 3,886 | 0 | 5,680 |
| Collectors | 4,380 | 3,252 | 0 | 7,632 |
| Locals | 9,630 | 0 | 8,500 | 13,312 |
| Totals | 15,804 | 7,138 | 8,500 | 31,442 |

### Table 2.4-2

#### ADA Ramp Status Summary

| ADA Ramps | High Priority (thousands) | Medium Priority (thousands) | Low Priority (thousands) | Totals (thousands) |
|---|---|---|---|---|
| Arterial | $2,966 | $6,424 | $0 | $9,390 |
| Collectors | $7,241 | $5,376 | $0 | $12,617 |
| Local | $15,920 | $0 | $14,052 | $22,007 |
| Totals | $26,126 | $11,800 | $14,052 | $51,978 |



**Intersection Node with Non-Compliant ADA Ramp**



**Missing ADA Ramp Location**

## 2.4  ADA Ramp Program Fact Sheet

### Recomendations

The City should first eliminate the current ADA ramp repair inventory backlog. If the backlog is not eliminated; every year the deterioration of the ADA ramps will continue, and the mobility of ADA protected individual will not improve. Once the backlog has been addressed the City should then make a commitment to specifically fund approximately $5 million annually for a ADA ramp maintenance program.

**Table 2.4-3**
**ADA Ramp Funding Gap**

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $52.00 | $0.18 | $5.22 | $5.04 | 2800.00% |

Note: The elimination of the backlog is not considered when calculating the Annual Budget.

# 2.5 Traffic Signal Program Fact Sheet

## Overview

Upgrading traffic signals by replacing components that are obsolete and/or past life cycle, optimizing signal timing, and establishing remote communication for emergency management purposes continues to be a critical concern for the City of Atlanta. It is the ultimate goal of the City to update all traffic signals to communicate with the Atlanta Traffic Control Center (ATCC) so that all signals can be adjusted remotely to react to traffic and safety concerns (such as a city-wide evacuation). Approximately 300 of the signals currently in-service have remote communication access. All new signals will be equipped with one of two types of communication modes, wireless or fiber optic. While wireless is the preferred method of remote access, site conditions may dictate the installation of fiber optic cable. Also, video communications upgrades via closed circuit television will be evaluated as an additional option.



**Upgraded Traffic Signal**

- **Traffic Signal Cabinets** – Metal (typically aluminum) cabinet enclosures that provide water-tight and tamper-proof protection to the heart and brains of the traffic signal. The enclosures contain power to the signal and the electronic control equipment which senses traffic movement on roads and controls the signal light timing and various phases.

- **Poles and Mast Arms** – Metal poles with an anchor base designed to support signal system. Mast arms are horizontally extended metal poles mounted to vertical poles that hold traffic signal heads, signs, and cameras.

- **Bulbs/LED Displays** – The majority of the bulbs in the City's traffic signals are incandescent light bulbs. They require significantly more energy because 90% of the energy generated by this type of bulb is released as heat. LEDs or light emitting diodes, although initially more expensive than incandescent light bulbs, are more reliable, use less energy, and last considerably longer than incandescent light bulbs.

- **Controller and Conflict Monitor** – Signal controller monitors signal phases and timing and can provide surveillance capabilities that include traffic detection and video surveillance. The conflict monitor is an independent controller that monitors traffic signal operation and when a conflict occurs (such as all green phase) places the signal in a "flash mode".

- **Wiring** – Various types of stranded traffic signal cable is used as wiring for the installation and connection between traffic signals.

- **Signal Timing** – Timing given to each conflicting movement phase (red, amber, green, walk, and don't walk cycles) to optimize pedestrian and vehicular movements through a signalized intersection or a series of signalized intersections in a safe and efficient manner.

- **Communication** - Data Transmission via wireless communication or fiber optic cable between traffic signals and a centralized control center. This data is used to monitor and coordinate traffic signal operation and traffic movement (via closed circuit television), for real-time adjustments that decrease wait times and promotes safe and efficient traffic movements throughout the entire network.

## 2.5  Traffic Signal Program Fact Sheet

### Traffic Signal Inventory
Currently there are 938 signalized intersections in the City of Atlanta.

### Actions Since 2008
In 2008 there were 922 signalized intersections. Since that time 25 additional intersections have been brought online and signals at 9 intersections have been removed. Approximately 150 intersections have been partially upgraded with cabinet, controller, and/or signal head replacements. Funding to complete upgrades to 67 signals has been secured under the American Recovery and Reinvestment Act; upgrades to 37 signalized intersections in the Central Business District (CBD) have been completed with funding provided by the Georgia Department of Transportation (GDOT) and the Community Improvement Districts (CIDs).

### State of the Inventory
536 or 57% of the City's traffic signals are beyond the average life cycle of 10 years (the various components of a traffic signal system have varying life cycles ranging from 5 to 20 years). The following table summarizes traffic signal components past life cycle:

**Table 2.5-1:**
**Life Cycle Summary**

| Signal Components | Obsolete/Beyond Life Cycle | Within Life Cycle |
|---|---|---|
| Signal Cabinets | 388 | 550 |
| LED Displays | 624 | 314 |
| Controller/Conflict Monitor | 465 | 473 |
| Wiring | 484 | 454 |
| Signal Timing | 774 | 164 |
| Communications | 938 | 0 |
| Steel Poles | 38 | not available |

### Prioritization Criteria
Prioritization for the replacement of the various traffic signal components is a function of age. Each component has its own specific life cycle, and thus for the purposes of this report, the average life cycle will be normalized at 10 years. Components that are 10 or more years past life cycle will be categorized as High Priority; components that are 5 to 10 years past life cycle will be categorized as Medium Priority; and components that are 0 to 5 years past life cycle will be categorized as Low Priority.

**Table 2.5-2:**
**Life Cycle Categorization**

| Signal Components | Life Cycle (years) | High Priority 10+ years past | Medium Priority 5 - 10 year past | Low Priority 0 -5 years past |
|---|---|---|---|---|
| Signal Cabinets | 10 | 76 | 242 | 70 |
| LED Displays | 5 | 82 | 316 | 226 |
| Controller/Conflict Monitor | 5 | 79 | 242 | 144 |
| Wiring | 20 | 84 | 266 | 134 |
| Signal Timing | 5 | 340 | 347 | 87 |
| Communications | 20 | 87 | 347 | 504 |
| Steel Poles | 20 | 38 | not available | not available |

# 2.5 Traffic Signal Program Fact Sheet

**Table 2.5-3:**
**Traffic Signal Status Summary**

| Traffic Signal Component | High Priority (millions) | Medium Priority (millions) | Low Priority (millions) | Total Cost (millions) |
|---|---|---|---|---|
| Signal Cabinets | $0.98 | $3.11 | $0.90 | $4.98 |
| LED Displays | $1.58 | $6.09 | $4.35 | $12.02 |
| Controller/Conflict Monitor | $0.51 | $1.56 | $0.92 | $2.99 |
| Wiring | $0.72 | $2.28 | $1.15 | $4.14 |
| Signal Timing | $1.46 | $1.49 | $0.37 | $3.31 |
| Communications | $1.86 | $7.43 | $10.79 | $20.07 |
| Steel Poles | $1.31 | $0 | $0 | $1.31 |
| **Totals** | **$8.40** | **$21.94** | **$18.48** | **$48.82** |

**Chart 2.5-1**          **Chart 2.5-2**



2010 Traffic Signal Priorities — 17.2% High, 44.9% Medium, 37.9% Low

2008 Traffic Signal Priorities — 14.8% High, 52.7% Medium, 32.4% Low

## Recommendations

Eliminating the backlog associated with the Traffic Signal Projects should be a priority. Failure to address this backlog will further increase funding needs and cause continued system wide deterioration. A commitment to fund $2.3 million annually for the Traffic Signal Program should also be a priority.

**Table 2.5-4**
**Traffic Signal Funding Gap**

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $31.22 | $.72 | $2.30 | $1.58 | 221.38% |

Note: The elimination of the backlog is not considered when calculating the annual budget for maintenance and replacement.

## 2.6  Reversible Lane System Program Fact Sheet

### Overview

Reversible lane systems allow one or more lanes on a roadway to reverse direction during peak travel periods to provide additional vehicle capacity which assists in reducing congestion.  The systems consist of special pavement markings, controllers, cabinets, signal displays, and signs.



**Reversible Lane System**

### Reversible Lane System Inventory

The City of Atlanta currently has four reversible lane systems on three major arterials.

- Northside Drive from I-75 to Northside Parkway (State Route 3)

- Memorial Drive from Pearl Street to Whitefoord Avenue (State Route154)

- Memorial Drive from Second Avenue to Candler Road (State Route154)

- Decatur Street/Dekalb Avenue from Jackson Street to Oxford Place

### Action Since 2008

The state of the Reversible Lane Systems was not presented in the 2008 State of the City's Infrastructure Report. However, there have been no improvements to the City of Atlanta reversible lane system since 2008.

### State of the Inventory

All four systems are past their Life Cycle and need to be replaced. The reversible lane system on Northside Drive between I-75 and Collier Road is slated to be decommissioned in 2011 or 2012 by the Georgia Department of Transportation (GDOT).  Therefore, funding for its replacement is not considered in this report.

### Prioritization Criteria

The Priority Ratings of High, Medium, and Low for replacement of the reversible lane systems were determined by the probability of funding by other entities, such as GDOT. Systems which have definite funding are ranked as Low, those with a strong possibility of funding are ranked as Medium and the system with no alternate funding identified is ranked as High.

**Chart 2.6-1**
### 2010 Reversible Lane System
**Priorities by Cost**



0%

48%

52%

☐ High
☐ Medium
☐ Low

Beckham COA00162

# 2.6  Reversible Lane System Program Fact Sheet

Table 2.6-1
## 2010 Reversible Lane System Status Summary

| High Priority | | Medium Priority | | Low Priority | | Total Cost | Total Count |
|---|---|---|---|---|---|---|---|
| Cost (thousands) | Count | Cost (thousands) | Count | Cost (thousands) | Count | (thousands) | Count |
| $1,376 | 1 | $1,251 | 2 | $0 | 1 | $2,628 | 4 |

## Recommendations

The City should first replace the High Priority reversible lane system then secure alternate funding and scheduling for the remaining inventory backlog. Afterward, the City should make a commitment to specifically fund approximately $260,000 annually for a reversible lane system maintenance program (approximately 44% less than is currently allocated).

Table 2.6-2
## Reversible Lane System Funding Gap

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $2.55 | $0.14 | $0.26 | $0.11 | 78.20% |

Note: Current Annual Budget assumes that 5% of General Fund 130304 is spent on Reversible Lane Systems. The elimination of the backlog is not considered when calculating the annual budget for maintenance and replacement.



Reversable Lane Systems

# 2.7  Traffic Signage Program Fact Sheet

## Overview

The Manual on Uniform Traffic Control Devices (MUTCD) establishes uniform standards for the installation and placement of traffic signs on public roads. Recently adopted standards require all public agencies to establish and implement a sign maintenance program, and require that all signs meet a minimum retro-reflectivity requirement. It also establishes several compliances dates.

## Traffic Signage Inventory

It is estimated that there are 120,000 traffic signs in the City of Atlanta (30,000 of which are Guide Signs, 40,000 are Warning Signs, and 50,000 are Regulatory Signs).



**Non-compliant Street Name Signage**

## Actions Since 2008

Traffic signage was not considered in the 2008 State of the City's Infrastructure Report. Currently, traffic signs are being replaced on an as needed basis and updated to comply with current MUTCD standards.

## State of the Traffic Signage Inventory

It is estimated that 63% of the total sign inventory is inadequate and does not meet the recently established guidelines, standards, and warrants as set forth in the MUTCD. All Guide Signs and Warning Signs are inadequate. 10% of Regulatory Signs are inadequate.

## Prioritization Criteria

A comprehensive sign inventory and condition assessment is needed to determine the magnitude of the City's sign inventory. For the purposes of this report, the compliance dates outlined in the MUTCD have been used to determine High, Medium, and Low priority projects.

➢ High Priority – Sign standards that should be complete by the January 2012 compliance date.
➢ Medium Priority - Sign standards that should be complete by the January 2015 compliance date.
➢ Low Priority - Sign standards that should be complete by the January 2018 compliance date

**Table 2.7-1:**

**2010 Traffic Signs Status Summary**

| Program Component | High Priority (millions) | Medium Priority (millions) | Low Priority (millions) | Totals (millions) |
|---|---|---|---|---|
| Establish and Implement Sign Maintenance Program | N/A | N/A | N/A | Cost included in Signs & Markings Inventory & Condition Assessment |
| Meet Size and Lettering Requirement for Street Name Signs | $4.30 | N/A | N/A | $4.30 |
| Retro-reflectivity Requirement for Regulatory Signs (except street name signs) | N/A | $12.09 | N/A | $12.09 |
| Retro-reflectivity Requirement for Overhead Guide Signs and all Street Name Signs | N/A | N/A | $5.17 | $5.17 |
| Total: | $4.30 | $12.09 | $5.17 | $21.56 |

Beckley-CDOT 000158

# 2.7  Traffic Signage Program Fact Sheet

## Recommendations

Eliminating the existing backlog of approximately $21 million coupled, with an annual funding commitment of $1.84 million to ensure that this backlog does not increase, is paramount in meeting the compliance dates set forth in the 2009 edition of the MUTCD.

Chart 2.7-1



**2010 Traffic Signage Priorities**

19.9%
24.0%
56.1%

☐ High
☐ Medium
☐ Low

**Table 2.7-2**
**Traffic Signage Funding Analysis**

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $21.56 | $0.80 | $1.84 | $1.04 | 130.95% |



**Compliant Street Name Signage**

## 2.8  Street Lighting Fact Sheet

### Overview

There have been no significant physical changes or upgrades to the City of Atlanta's street light inventory since the 2008 report. The inventory of street lights continues to deteriorate, and there have been 48 additional knock downs. Unit price cost increases account for a significant change in the overall cost of deferred maintenance needs related to our street light inventory.

### Street Light Inventory

The City of Atlanta is currently paying energy costs on 51,093 street lights (14,459 City owned and 36,634 leased - owned by Georgia Power).


**Tear Drop Street Light on Hank Aaron Drive**

### Actions Since 2008

There have been no significant changes or improvements to the City's street light network since 2008.

### State of the Inventory

The state of the street light inventory has been divided into four major components. Wiring problems with 4,986 street lights (10% of the inventory) have been identified; 3,234 poles need to be replaced and/or re-installed (6%); 673 shrouds are damaged and/or missing (1%); and 2,230 poles need to repainted (4%).

### Prioritization Criteria

A comprehensive inventory and condition assessment is needed to determine scope and magnitude of problems with the City's street light inventory.

- ➤ High Priority – Replacement of wiring that is five to ten years past life cycle, and all poles and shrouds that are currently missing.

- ➤ Medium Priority – Replacement of wiring that is up to five years past life cycle.

- ➤ Low Priority – Replacement of poles that are past life cycle and poles needing repainting.

**Table 2.8-1**

**2010 Street Light Status Summary**

| Problem | High Priority | | Medium Priority | | Low Priority | | Totals | |
|---|---|---|---|---|---|---|---|---|
| | Count | Cost (thousands) | Count | Cost (thousands) | Count | Cost (thousands) | Count | (thousands) |
| Wiring | 2,950 | $7,824 | 2,036 | $5,400 | - | $0 | 4,986 | $13,224 |
| Pole | 284 | $1,537 | - | $0 | 2,950 | $15,961 | 3,234 | $17,498 |
| Shroud | 673 | $607 | - | $0 | - | $0 | 673 | $607 |
| Repaint | - | $0 | - | $0 | 2,230 | $15,961 | 2,230 | $15,961 |
| Totals | 3,907 | $9,968 | 2,036 | $5,400 | 5,180 | $31,922 | 11,123 | $47,290 |

# 2.8  Street Lighting Fact Sheet

## Recommendations

The backlog of $34.6 million will continue to increase without a significant investment in this program. An annual funding commitment of $8.1 million will ensure that the backlog does not increase.

**Chart 2.8-1**

### 2010 Street Lighting Priorities



28.8%
55.6%
15.6%

☐ High
☐ Medium
☐ Low

## Table 2.8-2
### Street Light Funding Analysis

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $34.64 | $1.92 | $10.98 | $9.06 | 472.24% |

Note: The elimination of the backlog is not considered when calculating the Annual Budget.



**Cobra Head Street Lights at Spring Street and Trinity Avenue**

## 2.9 School Zone Flasher Fact Sheet

### Overview
The primary purpose for school zone flashers is to reduce the speed of vehicles in a school zone, in an effort to provide a safer environment for school children.

### School Zone Flasher Inventory
There are 110 school zone flashers in the City of Atlanta Inventory.

### Action Since 2008
50 school zone flashers have been updated since 2008.

### State of the Inventory
There are 52 school zone flashers with components that are past their Life Cycle. This represents a 53% improvement from 2008 when all 100% of flashers were past their Life Cycle. The total cost to replace all of the school zone flashers past their Life Cycle is approximately $496,500.

### Prioritization Criteria
All school zone flashers past their Life Cycle are considered to be High Priority. The Life Cycles for school zone flashers are 5 years for the signage, 10 years for the communications and 10 years for the control box / signal.



**School Zone Flasher**

### Recommendations
The City should first eliminate the current school zone flasher inventory backlog. If the backlog is not eliminated; every year the deterioration of the inventory will continue. The City should then make a commitment to specifically fund $102,000 annually for a school zone flasher maintenance program.

**Table 2.9-1**
Funding Gap

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $0.48 | $0.09 | $0.10 | $0.02 | 18.72% |

Note: The elimination of the backlog is not considered when calculating the Annual Budget.

## 2.10  Roadway Construction Program Fact Sheet for Unpaved Streets

### Overview
Roadway construction, as defined in this report, consists of full depth paving of previously unpaved roadways in the City of Atlanta. The unpaved classification means that the roadway is a gravel road that requires routine maintenance (adding new material, shaping, and ditch culting) on a quarterly basis and after each heavy rain.

### Unpaved Roadways Inventory
Less than 1% of the City street inventory consist of unpaved streets. There remain 87 unpaved street segments in the City's current roadway inventory totaling 8.55 miles.

### Action Since 2008
The condition of unpaved streets was not tracked in the 2008 report. However, since the report was issued, the City of Atlanta has paved 6.44 miles of unpaved streets through funding from the Quality of Life Bond Program and by private developers.

### State of the Inventory
The cost to pave the remaining unpaved streets is estimated at $31,167,000.



Unpaved Roadway



Unpaved Roadway

### Prioritization Criteria
The priority ratings of High, Medium, and Low were determined by the Condition Rating (CR) of the streets. High priority condition ratings are greater or equal to 70; medium priority ratings are less than 70 but greater or equal to 50; and low priority ratings are less than 50. The factors used to determine the Condition Rating of unpaved streets include daily traffic volume, the number of houses fronting the roadway, the proximity to school locations and other pedestrian generators, if a roadside hazard such as an open ditch is present, the needed street drainage, and the current right-of-way availability.

### Table 2.10-1
### 2010 Street Status Summary

| High Priority CR ≥70 | | Medium Priority 50≤CR<70 | | Low Priority CR <50 | | Total Length | Total Cost |
|---|---|---|---|---|---|---|---|
| Miles | Cost (thousands) | Miles | Cost (thousands) | Miles | Cost (thousands) | Miles | (thousands) |
| 1.23 | $4,598 | 3.60 | $13,493 | 3.73 | $14,011 | 8.55 | $32,102 |

## 2.10  Roadway Construction Program Fact Sheet for Unpaved Streets



**Chart 2.10-1**

### 2010 Roadway Construction Priorities

High, Medium, Low: 14%, 42%, 44%

**Chart 2.10-2**

### 2010 Street Inventory

Arterials, Collector, Industrial, Residential, Unpaved: 1%, 2%, 12%, 79%

## Recommendations

The City should decide on and enforce funding sources for paving or maintenance of unpaved streets.

**Table 2.10-3**
**Roadway Construction Funding Gap**

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B - A | Funding Gap % (B - A)/A |
|---|---|---|---|---|
| $31.17 | $0.1136 | $0.1069 | -$0.0067 | -5.9% |

Note: The Current Annual Budget numbers are based on the following assumptions:  Paved streets, bridges, sidewalks, curbs and ADA ramps, and unpaved streets consist of 73%, 15%, 10%, and 2% respectively of the sum of the DPW Roadways & Walkways Hill St General Fund 130305 and the DPW Roadways & Walkways North Ave General Fund 130306. The surplus represented in the chart is a result of the percentage breakdown: overall we are underfunding transportation related projects. The elimination of the backlog is not considered when calculating the Annual Budget.

# 2.11 Department of Public Works Studies and Assessments

## Overview

The Department of Public Works, Office of Transportation will seek professional services for Inventories and Condition Assessments for Signs and Markings, Streets and Sidewalks, and Street Lights, for a Street Classification Study and Truck Route System Assessment, and for a City of Atlanta Specifications and Standard Construction Details Update. These studies will be used for project prioritization within this infrastructure replacement program and for use in planning and implementing vehicle and pedestrian movement on the City's streets.



City Of Atlanta Detail

## Action Since 2008

Studies needed for project prioritization were not tracked in the 2008 report.

## State of the Inventory

The following are needed studies listed in order of priority.

- **Signs and Markings Inventory and Condition Assessment:** The Manual on Uniform Traffic Control Devices (MUTCD) 2009 edition made many changes that affect City signs and markings. A sign inventory will be conducted to assess the affected signs and used to prepare a plan for compliance with the new standards. The federal deadline for this assessment is January, 2012. The first step, to locate all of the current City signs, has been started with a collaboration of the City of Atlanta and the Georgia Institute of Technology. Georgia Tech will use a web application to locate all of the signs and populate the City's GIS (Geographic Information System) database. The assessment will provide condition information for signs and will update the street markings file in an electronic format.

  Cost: $670,000

- **Streets and Sidewalks Inventory and Condition Assessment:** This inventory and assessment will determine street pavement conditions on all City streets. The assessment will also provide location and condition of sidewalks and ramps including compliance with the Americans with Disabilities Act (ADA) in digital files. The assessment will be utilized for further prioritization of projects for the infrastructure replacement program. The assessment will provide refinement of budgets and schedules the replacement program.

  Cost: $1,236,000

- **Street Light Assessment:** A comprehensive assessment of City owned street lights is required to inventory street light type, location, service point and wiring system configuration. The study should be inclusive of maps (paper and digital files), Computer Aided Design (CAD) files (AutoCAD and GIS format) and database creation. Coordination with Georgia Power Company will be required.

  Cost: $412,000

- **Street Classification Study and Truck Route System Assessment:** The City's current functional street classification consists of expressways, arterials, collectors, and locals categories. The Street Classification Study will develop official classification criteria for each street category, will review the current functional classification of the City street network based on the developed criteria, will redefine the classifications of existing streets based on the classification criteria, and will propose new official street classifications such as residential collector and industrial street categories. A comprehensive assessment of the City's truck route system has not occurred since 1953, although there have been changes in the City's land uses.

# 2.11 Department of Public Works Studies and Assessments

Many commercial areas have become residential and additional streets have been constructed. The assessment should consider adjacent land uses, the impact of truck traffic on residential neighborhoods, parks, institutional land uses, and future land development as described in the City's Comprehensive Development Plan (CDP).

Cost: $361,000

➤ City of Atlanta Standard Specifications and Construction Details Update:  Although some portions of the City's standard specifications and construction details were updated in 2003, other details date back to the 1960's.  The purpose of the Update will be to review and update the standards for compliance with current regulations and construction practices. Following this update, the details should then be digitized so that they will be available for distribution and use in CAD format. Additionally, "green construction" alternatives to current details will be included, where applicable, and conflicts between standard details, the City's Code of Ordinances, and the Connect Atlanta Street Guide Plan will be resolved.

Cost:  $1,339,000

**Total Cost for Studies and Assessments:  $4,018,000.**

**Table 2.11-1**
**Studies and Assessments Funding Gap**

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget* Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $4.02 | $0.01 | $0.20 | $0.19 | 1900.00% |

Note  The elimination of the backlog is not considered when calculating the Annual Budget.



**City of Atlanta Street**

## 3.0 Fleet Inventory Fact Sheet

### Overview

The Office of Fleet Management is responsible for maintaining and tracking the City of Atlanta (COA) Fleet which includes motorized equipment ranging from fire trucks to back hoes.

### Fleet Inventory

There are 3,079 units of General Fund rolling stock or Fleet equipment in the COA Inventory.

### Action Since 2008

There have been 192 General Fund pieces of Fleet equipment purchased since 2008 for the Department of Public Works, Parks and Recreation, Atlanta Fire and Rescue, and the Atlanta Police Department; since 2008;



**Fire Truck**

approximately a 2.3 million dollar investment. However, there has been an overall decrease in the inventory due to a fleet reduction program in which many pieces of equipment were surplussed and sold, resulting in a net deduction of 254 pieces of equipment.

### State of the Fleet Inventory

56% of the Fleet Inventory is past its Life Cycle (55% in 2008) and is the reason there are increased repairs, limited availability of parts, and long turnaround times for equipment. The cost to replace the backlogged inventory is approximately $40.9 million ($54.4 million in 2008).

**Table 3-1**
**Fleet Inventory Summary**

| Department | Total Backlog Equipment | Total Cost (thousands) | Total Inventory Equipment | Total Inventory Cost (thousands) | % Backlog |
|---|---|---|---|---|---|
| Atlanta Police Department | 645 | $12,416 | 1,057 | $22,306 | 61% |
| Public Works | 446 | $21,610 | 843 | $43,112 | 53% |
| Atlanta Fire & Rescue | 246 | $1,487 | 409 | $24,435 | 60% |
| Parks, Recreation & Cultural Affairs | 348 | $4,358 | 631 | $10,330 | 55% |
| Executive Offices | 9 | $358 | 17 | $488 | 53% |
| Planning & Community Development | 3 | $47 | 88 | $1,085 | 3% |
| Other Departments | 26 | $601 | 34 | $727 | 76% |
| Totals | 1,723 | $40,876 | 3,079 | $102,484 | 56% |

### Prioritization Criteria

Equipment more than 10 years past its life cycle are rated as High Priority, equipment 5-10 years past its life cycle are rated as Medium Priority, and equipment less than 5 years past its life cycle are rated as Low Priority.

# 3.0 Fleet Inventory Fact Sheet

**Chart 3-1**

## 2010 Fleet Priorities



- □ High
- □ Medium
- □ Low

3%
25%
72%

**Chart 3-2**

## 2008 Fleet Priorities



- □ High
- □ Medium
- □ Low

5%
27%
68%

**Table 3-1**
**2010 Backlog Inventory**

| Department | High Priority >10 yrs past Life Cycle | | Medium Priority 5-10 yrs past Life Cycle | | Low Priority <5 yrs past Life Cycle | | Total Backlog | Total Cost |
|---|---|---|---|---|---|---|---|---|
| | Count | Cost (thousands) | Count | Cost (thousands) | Count | Cost (thousands) | Count | (thousands) |
| Atlanta Police Department | 4 | $62 | 152 | $2,522 | 489 | $9,832 | 645 | $12,416 |
| Public Works | 21 | $628 | 124 | $5,484 | 301 | $15,497 | 446 | $21,610 |
| Atlanta Fire & Rescue | 13 | $40 | 60 | $165 | 173 | $1,281 | 246 | $1,487 |
| Parks, Recreation & Cultural Affairs | 14 | $324 | 86 | $1,673 | 248 | $2,361 | 348 | $4,358 |
| Executive Offices | 0 | $0 | 3 | $105 | 6 | $253 | 9 | $358 |
| Planning & Community Development | 0 | $0 | 0 | $0 | 3 | $47 | 3 | $47 |
| Other Departments | 0 | $0 | 7 | $180 | 19 | $421 | 26 | $601 |
| Totals | 52 | $1,054 | 432 | $10,130 | 1,239 | $29,692 | 1,723 | $40,876 |

# 3.0 Fleet Inventory Fact Sheet

**Recommendations:** Elimination of the current Fleet Inventory backlog should be a priority. If the backlog is not eliminated, every year the deterioration of the Fleet will continue. The City should then make a commitment to specifically fund $17 million annually for a Fleet maintenance program. It should be noted that this capital investment will be offset, to a significant degree, by reductions in fleet maintenance expenses. Replacing equipment in a timely fashion would ensure that many will be replaced prior to the expiration of their warranty, thus reducing the need to maintain them in-house. Currently, the City spends approximately $16.4 million each year to maintain its fleet with 85% going toward preventative maintenance and 15% going toward repairs vs. the industry standard of 70% to 30%. Other recommendations include leasing more equipment, to reduce the need for internally provided maintenance, and an additional fleet reduction to remove underutilized vehicles from inventory thus reducing maintenance costs and providing the City with a revenue source.

**Table 3-3**
**Fleet Funding Gap**

| Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current vs. Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|
| $40.88 | $16.40 | $17.00 | $0.60 | 3.66% |

Note: Current Annual budget is based on needs for Atlanta Police Department, Atlanta Fire Department, Department of Public Works, and Department of Parks and Recreation. The elimination of the backlog is not considered when calculating the Annual Budget.



Codes Compliance, Buildings, and Housing Trucks

# 4.0  Summary and Funding Options

## Summary

The City of Atlanta has approximately $922 million of transportation infrastructure and fleet inventory backlog projects. Approximately $249 million (27%) of those projects are rated as a High Priority. The annual budget to maintain the assets identified is approximately $26 million which represents an over $200 million annual maintenance funding gap. See Table 4-1 for a breakdown of asset priority costs and Table 4-2 for an illustration of the current maintenance funding gap.

**Chart 4-1**                                          **Chart 4-2**



## Funding Options

The existing and possible sources of funding identified for the transportation infrastructure and fleet inventory backlog projects and annual maintenance budget are as follows:

**Existing Funding Source:**
- Quality of Life Bond Program Funds

- Transportation Impact Fees

- Annual Bond Funds

- MARTA Offset Funding

- Grant Funding from Georgia Department of Transportation(ex. State Local Maintenance Improvement Grant (LMIG) formally LARP (Local Assistance Road Program)

- Supplemental Funding from the Community Improvement Districts

- General Operating Fund

**Potential Funding Source:**
- General Obligation Bond Referendum

- Annual General Fund Allocation

# 4.0 Summary and Funding Options



**Atlanta Evening Traffic**

- Enforcement of existing City of Atlanta Code of Ordinances, Section 138-103 requiring maintenance of sidewalks and curbing through assessments to abutting property owners for low priority projects.

- Enforcement of existing City of Atlanta Code of Ordinances, Section 138-76 requiring assessments to abutting property owners for paving of unpaved streets.

- Street Light Utility Fee

- Fleet Reduction Sale

- Street Cut Impact Fee

- Commercial Solid Waste Road Impact Fee

- Regional Transit Impact Fee

- Georgia State House Bill 277

- Federal Community Development Block Grant (CDBG) Program

- State Transportation Improvement Plan

- Federal Transportation Bill

- Federal Earmarks

- Future Federal Stimulus

The source of funding for the majority of the infrastructure and inventory projects will most likely come from the General Fund budget or a general obligation bond referendum. However it is encouraged that the City pursue various avenues of funding in order to minimize the financial impact of the maintenance program for City of Atlanta constituents. For example, projects with regional impact may be eligible for funding by Georgia State House Bill 277.

Other examples of alternate funding are listed in the Potential Funding Source listed above. They include a mix of Local, State, and Federal sources to diversify the way the City of Atlanta maintains its transportation infrastructure and fleet inventory. An investigation is needed to determine the specific timeline to fund the backlog and annual maintenance budgets based on factors such as the financial health of the City, future growth projections and the availability and terms of funding products in the market. Examples of potential funding strategies are found in the 10 and 20 year investment schedules in Appendix B.

## Conclusion

It is recommended that the City of Atlanta create a diversified funding plan to eliminate the existing backlog and increase the annual funding for transportation infrastructure and fleet inventory maintenance to ensure that a new backlog is not created, assets do not continue to deteriorate, and the City provides good customer service to constituents and visitors. Without a well reasoned and diversified plan to maintain the transportation and fleet inventory, it will be difficult for the City of Atlanta to continue to provide a safe and efficient environment for the City's public to thrive.

## 4.0 Summary and Funding Options

Table 4-1
2008-2010 Transportation and Fleet Backlog Cost Summary

| Asset | Priority 1 / High | | | | Priority 2 / Medium | | | |
|---|---|---|---|---|---|---|---|---|
| | 2008 (millions) | 2010[1] (millions) | Change (millions) | % Change | 2008 (millions) | 2010[1] (millions) | Change (millions) | % Change |
| Arterials Streets | $5.6 | $1.7 | -$3.9 | -69% | $4.8 | $5.0 | $0.2 | 4% |
| Collector Streets | $7.2 | $3.6 | -$3.6 | -50% | $11.7 | $10.9 | -$0.8 | -7% |
| Industrial Streets | $1.4 | $2.6 | $1.2 | 88% | $0.7 | $2.1 | $1.4 | 198% |
| Residential Streets | $56.3 | $64.9 | $8.6 | 15% | $56.3 | $64.9 | $8.6 | 15% |
| **Paved Streets Subtotals** | **$70.5** | **$72.9** | **$2.4** | **3%** | **$73.5** | **$82.9** | **$9.4** | **13%** |
| Bridges | $72.0 | $71.4 | -$0.6 | -1% | $90.0 | $82.7 | -$7.3 | -8% |
| Sidewalks, Curbs and ADA Ramps | $26.0 | $76.9 | $50.9 | 196% | $26.0 | $62.5 | $36.5 | 140% |
| Traffic Signals | $32.0 | $2.4 | -$29.6 | -93% | $19.0 | $20.2 | $1.2 | 7% |
| Street Lights | $2.0 | $10.0 | $8.0 | 398% | $3.0 | $5.4 | $2.4 | 80% |
| School Zone Flashers | $1.0 | $0.5 | -$0.5 | -50% | $0.0 | $0.0 | $0.0 | N/A |
| **Base 2008 Infrastructure Subtotals** | **$203.5** | **$234.0** | **$30.5** | **15%** | **$211.5** | **$253.7** | **$42.2** | **20%** |
| Unpaved Streets | $0.0 | $4.6 | N/A | N/A | $0.0 | $13.5 | N/A | N/A |
| Reversible Lane System | $0.0 | $1.4 | N/A | N/A | $0.0 | $1.3 | N/A | N/A |
| Traffic Signage | $0.0 | $4.3 | N/A | N/A | $0.0 | $12.1 | N/A | N/A |
| Truck Route & Street Classification Study | $0.0 | $0.4 | N/A | N/A | $0.0 | $0.0 | N/A | N/A |
| COA Standard Specifications and Construction Detail Update | $0.0 | $1.3 | N/A | N/A | $0.0 | $0.0 | N/A | N/A |
| Street and Sidewalk Inventory and Condition Assessment | $0.0 | $1.2 | N/A | N/A | $0.0 | $0.0 | N/A | N/A |
| Signs and Markings Inventory and Condition Assessment | $0.0 | $0.7 | N/A | N/A | $0.0 | $0.0 | N/A | N/A |
| Street Light Assessment | $0.0 | $0.4 | N/A | N/A | $0.0 | $0.0 | N/A | N/A |
| **Infrastructure Subtotals, Additional 2010 Items** | **$0** | **$14** | **N/A** | **N/A** | **$0** | **$27** | **N/A** | **N/A** |
| **Infrastructure Category Totals** | **$203.5** | **$248.3** | **$44.8** | **22%** | **$211.5** | **$280.6** | **$69.1** | **33%** |
| Fleet Inventory | $3.1 | $1.1 | -$2.0 | -66% | $17.7 | $10.1 | -$7.6 | -43% |
| **Category Totals** | **$206.6** | **$249.3** | **$42.7** | **21%** | **$229.2** | **$290.7** | **$61.5** | **27%** |

## 4.0 Summary and Funding Options

| Priority 3 / Low | | | | Totals | | | | Asset |
|---|---|---|---|---|---|---|---|---|
| 2008 (millions) | 2010[1] (millions) | Change (millions) | % Change | 2008 (millions) | 2010[1] (millions) | Change (millions) | % Change | |
| $31.2 | $15.9 | -$15.3 | -49% | $41.6 | $22.6 | -$19.0 | -46% | Arterials Streets |
| $22.8 | $21.7 | -$1.1 | -5% | $41.7 | $36.2 | -$5.5 | -13% | Collector Streets |
| $1.4 | $3.3 | $1.9 | 138% | $3.5 | $8.1 | $4.6 | 130% | Industrial Streets |
| $56.3 | $64.9 | $8.6 | 15% | $168.9 | $194.7 | $25.8 | 15% | Residential Streets |
| $111.7 | $105.8 | -$5.9 | -5% | $255.7 | $261.5 | $5.8 | 2% | **Paved Streets Subtotals** |
| $0.0 | $134.5[2] | $134.5 | N/A | $162.0 | $288.6 | $126.6 | 78% | Bridges |
| $26.0 | $64.8 | $38.8 | 149% | $78.0 | $204.2 | $126.2 | 162% | Sidewalks, Curbs and ADA Ramps |
| $9.0 | $8.6 | -$0.4 | -4% | $60.0 | $31.2 | -$28.8 | -48% | Traffic Signals |
| $5.0 | $19.3 | $14.3 | 285% | $10.0 | $34.6 | $24.6 | 246% | Street Lights |
| $0.0 | $0.0 | $0.0 | N/A | $1.0 | $0.5 | -$0.5 | -50% | School Zone Flashers |
| $151.7 | $352.9 | $181.2 | 119% | $566.7 | $820.6 | $253.9 | 45% | **Base 2008 Infrastructure Subtotals** |
| $0.0 | $14.0 | N/A | N/A | $0.0 | $32.1 | N/A | N/A | Unpaved Streets |
| $0.0 | $0.0 | N/A | N/A | $0.0 | $2.6 | N/A | N/A | Reversible Lane System |
| $0.0 | $5.2 | N/A | N/A | $0.0 | $21.6 | N/A | N/A | Traffic Signage |
| $0.0 | $0.0 | N/A | N/A | $0.0 | $0.4 | N/A | N/A | Truck Route & Street Classification Study |
| $0.0 | $0.0 | N/A | N/A | $0.0 | $1.3 | N/A | N/A | COA Standard Specifications and Construction Detail Update |
| $0.0 | $0.0 | N/A | N/A | $0.0 | $1.2 | N/A | N/A | Street and Sidewalk Inventory and Condition Assessment |
| $0.0 | $0.0 | N/A | N/A | $0.0 | $0.7 | N/A | N/A | Signs and Markings Inventory and Condition Assessment |
| $0.0 | $0.0 | N/A | N/A | $0.0 | $0.4 | N/A | N/A | Street Light Assessment |
| $0 | $19 | N/A | N/A | $0 | $60 | N/A | N/A | **Infrastructure Subtotals, Additional 2010 Items** |
| $151.7 | $352.1 | $200.4 | 132% | $566.7 | $880.8 | $314.1 | 55% | **Infrastructure Category Totals** |
| $33.6 | $29.7 | -$3.9 | -12% | $54.4 | $40.9 | -$13.5 | -25% | Fleet Inventory |
| $185.3 | $381.8 | $196.5 | 106% | $621.1 | $921.7 | $300.6 | 48% | **Category Totals** |

1. All costs reflect in 2010 dollars and will need to be adjusted for market changes and inflation.
2. Low priority bridge costs were not included in 2008 report.

## 4.0  Summary and Funding Options

Table 4-2
Funding Gap Summary

| Asset | Total Backlog (millions) | Current Annual Budget (millions) A | Annual Budget Needed (millions) B | Needed vs. Current Funding Gap (millions) B-A | Funding Gap % (B-A)/A |
|---|---|---|---|---|---|
| Paved Streets | $261.52 | $4.15 | $38.32 | $34.18 | 824.40% |
| Bridges | $288.58 | $0.85 | $5.00 | $4.15 | 486.94% |
| Sidewalks, Curbs and ADA Ramps | $204.17 | $0.57 | $20.37 | $19.80 | 3486.92% |
| Traffic Signals | $31.22 | $0.72 | $2.30 | $1.58 | 221.38% |
| Street Lights | $34.64 | $1.92 | $10.98 | $9.06 | 472.24% |
| School Zone Flashers | $0.48 | $0.09 | $0.10 | $0.02 | 18.72% |
| Unpaved Streets | $32.10 | $0.11 | $0.11 | -$0.01 | -5.91% |
| Reversible Lane System | $2.55 | $0.14 | $0.26 | $0.11 | 78.20% |
| Traffic Signage | $21.56 | $0.80 | $1.84 | $1.04 | 130.95% |
| Studies and Assessments | $4.02 | $0.01 | $0.20 | $0.19 | 1900.00% |
| Transportation Infrastructure Subtotal | $880.84 | $9.35 | $79.47 | $70.13 | 750.18% |
| Fleet Inventory | $40.88 | $16.40 | $17.00 | $0.60 | 3.68% |
| Total | $921.72 | $25.75 | $96.47 | $70.73 | 274.68% |

Note: Current Annual Budget for transportation infrastructure numbers were taken from the City of Atlanta Set of Books General Fund by Organization by Account dated October 21, 2010 and is based on the following assumptions:

1. Paved streets, bridges, sidewalks, curbs and ADA ramps, and unpaved streets consist of 73%, 15%, 10%, and 2% respectively of the sum of the DPW Roadways & Walkways Hill St General Fund 130305 and the DPW Roadways & Walkways North Ave General Fund 130306.
2. Traffic signals, street lights, school zone flashers, and reversible lane system consist of 25%, 67%, 3%, and 5% of the DPW Traffic Signals General Fund 130304 (with the Georgia power bill deducted).
3. Traffic signs are 100% of the DPW Traffic Signs & Markings General Fund 130303.
4. Program Management consists of the sum of DPW Transportation Administration General Fund 130301, DPW Traffic Engineering General Fund 130302, and DPW Transportation Design General Fund 130308.
5. Current Annual Budget for fleet is based on needs for Atlanta Police Department, Atlanta Fire Department, Department of Public Works, and Department of Parks and Recreation.
6. Annual budget needed does not account for Life Cycles and is based on year 2012. Actual average investment needs will depend on funding time periods.



**4.0  Summary and Funding Options**

Chart 4-3

### Total Investment Required for Backlog & Annual Funding - 10 Year Period ($ in millions)

Average Annual Investment Needed — $195 Million

Legend:
- School Period Flashers
- Street Lights
- Fleet
- S/W, Curb, Ramps
- Traffic Signal
- Bridges
- Paved Streets
- Unpaved Street
- Reversible Lane System
- Sgns
- Assessments & Studies
- Program Management
- Backlog

Note:
1. Chart illustrates 10 year investment schedule needed to address the backlog and annual investment to maintain the City's transportation and fleet inventory.
2. Charts do not include funding expenses or inflation.
3. Signs could not be annualized over a 10 year period because of MUTCD Compliance Dates.
4. Reversible lane systems and school period flashers were not annualized due to scope.

## 4.0  Summary and Funding Options

Chart 4-4



**Total Investment Required for Backlog & Annual Funding - 20 Year Period ($ in millions)**

Average Annual Investment Needed -- $145 Million

Legend:
- School Period Flashers
- Street Lights
- Fleet
- S/W, Curb, Ramps
- Traffic Signal
- Bridges
- Paved Streets
- Unpaved Street
- Reversible Lane System
- Signs
- Assessments & Studies
- Program Management
- Backlog

Note:
1. Chart illustrates 20 year investment schedule needed to address the backlog and annual investment to maintain the City's transportation and fleet inventory.
2. Charts do not include funding expenses or inflation.
3. Signs could not be annualized over a 20 year period because of MUTCD Compliance Dates.
4. Reversible lane systems and school period flashers were not annualized due to scope.





**Note:**
1. Chart illustrates the total backlog compared to the 20 year Average Annual investment schedule needed to maintain the City's transportation and fleet inventory.
2. Charts do not include funding expenses or inflation.
3. Signs could not be annualized over a 20 year period because of MUTCD Compliance Dates.
4. Reversible lane systems and school period flashers were not annualized due to scope.

# 5.0 Appendix



## 5.0 Appendix A - Maps

**Map B.1 Street Resurfacing Projects: Arterials**
Note: Regional Employment Centers include Buckhead, the Central Business District, and Midtown.



Legend
High Priority Arterial
Medium Priority Arterial
Low Priority Arterial
Regional Employment Centers
Atlanta City Limits
Streets

# 5.0  Appendix A - Maps

**Map B.2 Street Resurfacing Projects:  Collectors**
Note: Regional Employment Centers include Buckhead, the Central Business District, and Midtown.



Legend
—— High Priority Collector Street
—— Medium Priority Collector Street
—— Low Priority Collector Street
▨ Regional Employment Centers
▢ Atlanta City Limits
   Streets

## 5.0  Appendix A - Maps

**Map B.3 Street Resurfacing Projects:  Industrials**
Note: Regional Employment Centers include Buckhead, the Central Business District, and Midtown.



Legend
High Priority Industrial Streets
Medium Priority Industrial Streets
Low Priority Industrial Streets
Regional Employment Centers
Atlanta City Limits
Streets

## 5.0  Appendix A - Maps

**Map B.4 Bridge Projects**
Regional Employment Centers include Buckhead, the Central Business District, and Midtown.



Legend

- High Priority Bridges
- Medium Priority Bridges
- Low Priority Bridges
- Regional Employment Centers
- Atlanta City Limits
- Streets

## 5.0  Appendix A - Maps

**Map B.5 Traffic Signal Projects**
Note: Regional Employment Centers include Buckhead, the Central Business District, and Midtown.



Legend

- High Priority Traffic Signals
- Medium Priority Traffic Signals
- Low Priority Traffic Signals
- Streets
- Regional Employment Centers
- City Limits

# 5.0  Appendix A - Maps

**Map B.6 Reversible Lane System Projects**
Regional Employment Centers include Buckhead, the Central Business District, and Midtown.



Legend
Reversible Lanes
High Reversible Lane System
Medium Reversible Lane System
Low Reversible Lane System
Regional Employment Centers
Atlanta City Limits
Streets

## 5.0  Appendix A - Maps

**Map B.7 School Zone Flasher Projects**
Note: Regional Employment Centers include Buckhead, the Central Business District, and Midtown.



Legend

. High Priority School Flashers Zone

▨ Regional Employment Centers

▭ Atlanta City Limits

Streets

# 5.0 Appendix A - Maps

## Map B.8 Unpaved Street Projects
Note. Regional Employment Centers include Buckhead, the Central Business District, and Midtown.



Exhibit E-2



HOME    ABOUT    PROJEC **RENEW ATLANTA** 01, 2017

MAPS    NEWS    MEETINGS    DOWNLOADS    FEEDBACK    TESTIMONIALS

Search for a Project 🔍



## A Message from the Mayor

As your Mayor, I have made it a priority to make critical updates to the City of Atlanta's infrastructure. And as Atlanta residents, you responded last March by overwhelmingly approving our $250 million infrastructure bond initiative, the single most significant infrastructure investment in modern times, an investment that will improve the look, feel and experience of our city.

more >

## Bond Program Highlights

Atlanta voters overwhelmingly supported the Renew Atlanta infrastructure bond in a special election on March 17, 2015. More than eight in ten voters approved two ballot questions to authorize repairs, improvements and upgrades to transportation and municipal facilities projects citywide.

Because of its strong credit rating, the City of Atlanta was able to fund the $250 million in bonds at historically-low interest rates.

## Renew Atlanta Bond Program Development

The Renew Atlanta infrastructure bond program was developed through years of research and more than 100 public meetings with extensive community input. The program will fix roads and bridges, build more than 30 miles of complete streets projects and bicycle lanes, and will synchronize Atlanta's traffic signals for the first time.

### BUDGET BREAKDOWN

## PROJECTS

 

 

 

**TRANSPORTATION**









**MUNICIPAL FACILITIES**

MAYOR
MESSAGE
FULL

01:44

HOW TO
USE
THE
WEBSITE

**RE**
**At**
**W(**
**Tu**

03:08

HOW TO USE
THE
INTERACTIVE
MAP

**R/**
**M;**
**Ex**

Icon

03:44



# $250 Million

**SEE COMPLETED**
**PROJECTS**

**SEE ACTIVE PROJECTS**

ADA & Sidewalks 4.572%

**INTERACTIVE MAP**

Complete Streets 12.76%

1.608%

fety 6.956%

J Recreation 9.192

ci ties 5.248%

Public Art Program 4.972%

Use this interactive map to find
out more about projects in your
community and citywide.

**MASTER SCHEDULE**



Click the icon to view the
program's Master Schedule.

**RECEIVE PROJECT UPDATES**



Home

About

Projects

FAQs

Contact

Contract

Opportunities

**Contact Us**

📞 404.330.6165

📠 404.658.7552

✉

renewatlanta@atlantaga.gov

📍 55 Trinity Avenue SW
Suite 4350
Atlanta, GA 30303

**Connect With Us**

✉ EverBridge

f Facebook

🐦 Twitter

📺 YouTube

🔊 RSS

Copyright © 2016 Atlanta Georgia. Privacy Policy | Terms and Conditions

BECKLEY-COA000542

1/27/2017



HOME   ABOUT   PROJECTS

MAPS   NEWS   MEETINGS   DOWNLOADS   FEEDBACK   TESTIMONIALS

Search for a Project

# About Renew Atlanta 2015



Renew Atlanta is an infrastructure improvement program
for the City of Atlanta, Georgia.
This $250 million program—the first major investment in
Atlanta's aboveground infrastructure in more than a decade
—is a first step toward resolving an infrastructure repair
backlog of more than $900 million.

Mayor Kasim Reed and the Atlanta City Council worked
together to develop this program, which will address
Atlanta's most critical needs first through $250 million in
funds from general obligation bonds. These bond dollars
will allow the City to make urgent repairs to Atlanta's
infrastructure without raising property taxes.
Voters overwhelmingly approved the infrastructure bond
program through two ballot questions in a special election
held on March 17, 2015.

### RENEW ATLANTA 2015 WILL:

**Replace street lights to make neighborhoods safer**

**Repair and replace bridges to connect communities**

BECKLEY-COA000543
1/27/2017

**Synchronize traffic lights to make commutes easier and reduce congestion**

**Install bike lanes and Complete Streets projects for more transportation options**

**Build and repair sidewalks, curbs, and Americans with Disabilities Act (ADA) ramps for better mobility**

**Upgrade public facilities, improve our parks and recreation areas and public art**

An improved infrastructure means a better quality of life and more jobs, economic development, healthier families, and greater public safety. Residents also can more easily get to hospitals, education centers, shopping and entertainment districts with a reliable infrastructure.

Because of Atlanta's strong credit rating—the best in 12 years—the City can borrow at a lower interest rate. Over the course of two decades, the City will repay the bonds with approximately $20 million in annual cost savings identified by the Mayor's Blue Ribbon Commission on Waste & Efficiency.

RECEIVE PROJECT UPDATES

Home
About
Projects
FAQs
Contact
Contract Opportunities

**Contact Us**

📞 404.330.6165
📠 404.658.7552
✉️
renewatlanta@atlantaga.gov
📍
55 Trinity Avenue SW
Suite 4350
Atlanta, GA 30303

**Connect With Us**

✉️ EverBridge
f Facebook
🐦 Twitter
▶️ YouTube
📶 RSS

Copyright © 2016 Atlanta Georgia. Privacy Policy | Terms and Conditions

BECKLEY-COA000545



HOME   ABOUT   PRO**RENEWATLANTA** 2017

MAPS   NEWS   MEETINGS   DOWNLOADS   FEEDBACK   TESTIMONIALS

Search for a Project

## TRANSPORTATION



### ADA AND SIDEWALKS

In accordance with the Americans with Disabilities Act (ADA), the City of Atlanta builds accessible ramps into sidewalks when completing road resurfacing or other sidewalk repairs.



### BRIDGES

High-priority bridges will be repaired and replaced. For other bridges, the City will perform preventative maintenance activities such as cleaning, painting and joint sealing at other locations.

### COMPLETE STREETS

Complete Streets are streets for everyone. They are designed and operated to enable safe access for all users, including pedestrians, bicyclists, motorists







BECKLEY-COA000546

and transit riders of all ages and abilities. Complete Streets make it easy to cross the street, walk to shops, and bicycle to work.



### ROADWAYS

Roadways in the City of Atlanta will be resurfaced, which means replacing existing pavement on major streets leading to employment centers, commercial districts, shopping destinations, transit, government centers, entertainment districts, hospitals, parks and other common use areas. Roadway projects include curb repairs, ADA ramp construction, sidewalk and sign repairs.



### SCHOOL ZONE BEACONS

School zone beacons will be installed or upgraded at school zone crossings throughout the city.



### TRAFFIC SIGNALS

Traffic signals will be optimized along major thoroughfares and linked to the Atlanta Traffic Control Center (ATCC). Traffic signal upgrades include replacing traffic signal lights, equipment and communication systems.

## MUNICIPAL FACILITIES ───────────



### PUBLIC SAFETY

Public Safety facilities, including fire stations



### PARKS AND RECREATION

BECKLEY-COA000547

and a police precinct, will receive life safety, Americans with Disabilities Act (ADA), structural and building systems upgrades and improvements. The Video Integration Center will receive technology and equipment upgrades.

Renew Atlanta will allow the City to build a new, best-in-class swimming and community facility in the Historic Old Fourth Ward neighborhood. The new Martin Luther King Jr. Natatorium will be a source of community pride. The facility will be centrally located and accessible via the Atlanta Streetcar and other public transit. Public parks and recreation centers will receive ADA, parking and other facility upgrades and improvements.



## PUBLIC ART PROGRAM

The Mayor's Office of Cultural Affairs will invest in the cultural infrastructure of Atlanta by commissioning landmark public art installations, creating new neighborhood art projects, and restoring the City's existing public art collection.



## PUBLIC BUILDINGS

City Hall, the Municipal Courts, the Atlanta Workforce Development Agency, the Public Works Complex and certain neighborhood centers need and will receive life safety improvements, ADA upgrades and structural and building system upgrades.

NOTE: Atlanta City Councilmembers continue to engage with their constituents to determine local projects for their districts. The majority of these projects will serve transportation needs and will be added to the website on a rolling basis. Please contact your City Council representative for more information.

**SEE COMPLETED PROJECTS**

**SEE ACTIVE
PROJECTS**

RECEIVE PROJECT UPDATES

Home

About

Projects

FAQs

Contact

Contract
Opportunities

### Contact Us

📞 404.330.6165

📠 404.658.7552

✉️
renewatlanta@atlantaga.gov

📍
55 Trinity Avenue SW
Suite 4350
Atlanta, GA 30303

### Connect With Us

✉️ EverBridge

f Facebook

🐦 Twitter

▶️ YouTube

📶 RSS

Copyright © 2016 Atlanta Georgia. Privacy Policy | Terms and Conditions

Exhibit E-3



BECKLEY-COA000550



BECKLEY-COA000551



# Meeting Agenda

- Welcome Remarks
- Message from Mayor
- Overview
  - What is a Bond Referendum?
  - Financial Impact
  - Ballot Questions
  - Next Steps
- Transportation Projects
  - Citywide Projects
  - Local Projects

- Municipal Facilities
  - Citywide Projects
  - Local Projects
- Stay Involved
- Questions and Answers
- Breakout Sessions
  - Review Project Maps
  - Review Draft List of Projects

#RenewATL

BECKLEY-COA000552



# #RenewATL

## State of Atlanta's Infrastructure

- Infrastructure is the skeleton of the city – the roads, bridges, sidewalks, street lights, traffic lights and everything that makes the city function.

- Atlanta has a $1.02B infrastructure backlog – a long list of projects in need of funds.

  - The 2010 State of the City's *Transportation Infrastructure Report* identified approximately $881M of transportation infrastructure

  - The 2014 City's *Facility Infrastructure Report* identified $130.8M backlog of projects

#RenewATL

BECKLEY-COA000553



# #RenewATL

## What is a Bond Referendum?

- A bond referendum is a vote to authorize the city to issue bonds to generate revenue for a specific project.

- City Council voted unanimously to authorize a special election for voters in Atlanta to decide whether the City can use bonds to raise $250 million to fund high-priority infrastructure projects.

#RenewATL

BECKLEY-COA000554



# #RenewATL

## Financial Impact

- Improved infrastructure means a better quality of life: jobs, economic development, healthier families, public safety, education, shopping and entertainment.

- Atlanta taxpayers are not expected to see any increase in property taxes from the infrastructure bond.

- Because of excellent financial management under the Reed Administration, the City's strong credit rating lets us borrow at a lower interest rate, saving us money.

- Each year, the City will pay off a portion of the bond using savings identified in the Mayor's Waste & Efficiency Commission Report.

#RenewATL

BECKLEY-COA000555



# #RenewATL

## Making Progress

- The infrastructure bond allows us to take a big first step in addressing these problems, taking a $250 million chunk out of the billion-dollar problem.

- Renew Atlanta will:
  - replace street lights to make your neighborhood safer,
  - repair and replace bridges to connect communities,
  - synchronize traffic lights to make your commute easier and reduce congestion,
  - install bike lanes and complete streets projects for more transportation options,
  - build and repair sidewalks, curbs, and ADA ramps for better mobility,
  - upgrade public facilities and support our parks and recreation areas.

#RenewATL

BECKLEY-COA000556



#RenewATL

## Ballot Question #1: Transportation Projects

"SHALL GENERAL OBLIGATION PUBLIC IMPROVEMENT BONDS IN AN AGGREGATE PRINCIPAL AMOUNT NOT TO EXCEED $187,945,000 BE ISSUED BY THE CITY OF ATLANTA FOR THE ACQUISITION, CONSTRUCTION, RECONSTRUCTION, RENOVATION, REPAIR, IMPROVEMENT, CRITICAL CAPITAL MAINTENANCE AND EQUIPPING OF PUBLIC STREETS, TRAFFIC CONTROL INFRASTRUCTURE AND EQUIPMENT, CURBING, STORM WATER DRAINAGE, STREET NAME AND DIRECTIONAL SIGNAGE, BRIDGES, VIADUCTS AND RELATED PUBLIC IMPROVEMENTS INCLUDING, BUT NOT LIMITED TO STREETLIGHTS, SIDEWALKS, BICYCLE LANES, AND TRANSIT STOPS SO AS TO IMPROVE THE PEDESTRIAN AND TRANSIT ENVIRONMENT, THE COST OF COMPLIANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 FOR SUCH IMPROVEMENTS, IN THE CITY OF ATLANTA, GEORGIA?"

**Summary: $187,945,000 for transportation related projects, including roads, bridges, sidewalks, traffic control devices, ADA compliance, etc.**

#RenewATL

BECKLEY-COA000557



# #RenewATL

## Ballot Question #2: Municipal Facilities

"SHALL GENERAL OBLIGATION PUBLIC IMPROVEMENT BONDS IN AN AGGREGATE PRINCIPAL AMOUNT NOT TO EXCEED $64,055,000 BE ISSUED BY THE CITY OF ATLANTA FOR THE PURPOSE OF PAYING THE COSTS OF THE ACQUISITION, CONSTRUCTION, RECONSTRUCTION, RENOVATION, REPAIR, IMPROVEMENT, CRITICAL CAPITAL MAINTENANCE AND EQUIPPING OF MUNICIPAL FACILITIES INCLUDING BUILDINGS, RECREATION CENTERS AND OTHER FACILITIES AND RELATED PUBLIC IMPROVEMENTS AND THE COST OF COMPLIANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 FOR SUCH FACILITIES AND IMPROVEMENTS IN THE CITY OF ATLANTA, GEORGIA?"

**Summary: $64,055,000 for improvements to municipal facilities, including buildings, recreational centers, etc. and for ADA compliance.**

#RenewATL

BECKLEY-COA000558



# Next Steps

- Continue third and final round of public meetings through end of February, gathering more input and feedback from you!

- Infrastructure vote on March 17th

- Finalize list of transportation and non-transportation projects

- After the vote, City Council will vote on the final list of projects

- City Council votes to package and sell bonds, funding the projects

#RenewATL

BECKLEY-COA000559



# #RenewATL

## Disclaimer

*Attached hereto is a DRAFT listing of potential projects which may be funded from bond proceeds to be issued pursuant to the March 2015 bond referendum election. This list is preliminary and has been compiled from a master listing of all needed infrastructure improvements. This preliminary listing is being presented in DRAFT form for discussion purposes only and not as an indication of intention that such list will be the final list within the meaning of O.C.G.A. 36-81-3(d). The final projects will be considered and approved by the City Council.*

#RenewATL

BECKLEY-COA000560



## Transportation Projects – Citywide Projects:

$134,515,175



| Traffic Signals | $40,789,593 |
| ADA | $5,239,992 |
| Roadway Resurfacing | $25,735,330 |
| Complete Streets | $33,606,214 |
| Bridges | $29,144,046 |

#RenewATL

BECKLEY-COA000561



# #RenewATL

## Transportation Projects – Local Projects:

$51,941,543

Areas of Funding Under Local Projects by Council District
- Roadway construction on unpaved roads
- Roadway resurfacing on local streets, including incomplete subdivisions
- Curbing repairs
- Sidewalk repairs
- ADA ramp installation
- Street light replacement

#RenewATL

BECKLEY-COA000562



# #RenewATL

## Municipal Facilities – Citywide Projects:



$44,854,328



- Public Safety VIC — $3,143,995
- Parks and Rec Ctr. — $18,339,971
- Facility/Main. And Upgrades — $11,003,982
- Public Art Program — $12,366,380

#RenewATL

BECKLEY-COA000563



## Municipal Facilities – Local Projects:

$18,668,954

Areas of Funding Under Local Projects by Council District

- Public safety facilities
- Community facilities

#RenewATL

BECKLEY-COA000564



# #RenewATL

## Summary

**Transportation Projects**

$134,515,175 + $51,941,543 = $186,456,718

**Municipal Facilities**

$44,854,328 + $18,688,954 = $63,543,282

$250,000,000*

*Note: Amount is strictly project related costs and excludes $2M for bond financing costs*

#RenewATL

BECKLEY-COA000565



# We Hear You

## Continued Engagement

- Complete comment cards today!

- Connect with us via social media – Facebook, LinkedIn, Twitter, Google+.

- Visit www.renewatlanta2015.com to provide comments and learn more.

- Reach out to City Staff at infrastructure@atlantaga.gov with your questions.

- Reach out to Council Members and tell them what projects you care about.

#RenewATL

BECKLEY-COA000566



# Register to Vote

## Georgia Voter Resources

- Secretary of State Website: https://registertovote.sos.ga.gov

- My Voter Page: http://mvp.sos.state.ga.us/

- You can register to vote in person with the Georgia
  Department of Driver Services (DDS) when you:
  - Apply for your GA driver's license
  - Renew your GA driver's license

- Deadline to register:  February 17, 2015
- Early voting begins: February 23, 2015



#RenewATL

BECKLEY-COA000567



#RenewATL

BECKLEY-COA000568

CITY OF ATLANTA



# 2015 Proposed Infrastructure Bond
# Public Information Meetings

## Programs

**Americans with Disabilities Act Compliance - Government Buildings**



The City of Atlanta has an agreement with the Department of Justice (DOJ) to implement ADA compliance repairs in all City buildings. The proposed funding amount is $5,443,400. This program will be implemented based on assessments by the City's staff.



**Curbing**



Completes 100 percent of high & medium priority curbing repairs for the City, at an estimated cost of $21.6 million. Curbing repair locations will be selected with identified street resurfacing projects to provide drainage improvements. Additional assessments will be conducted to identify non-resurfacing related projects as funding allows.



**Sidewalks**



Satisfies 100 percent of the Department of Justice (DOJ) agreement regarding the City's American Disabilities Act compliance for street curb ramps, at an estimated cost of $38 million. This agreement requires the City to provide ADA compliant access to all street improvements completed from 1992 to present. This program completes 95 percent of all high priority sidewalk repairs throughout the City, at an estimated cost of $38 million. Sidewalk repair locations will be selected with identified street resurfacing, streets construction, curbing, ADA ramp, and signal repair projects. Assessments will be conducted to identify additional projects as funding allows.



**Street Lights**



This program completes 100 percent of City owned high priority street light repairs including; missing and damaged poles, missing wiring, shrouds, and plates, at an estimated cost of $10 million. The program also converts 65 percent of all City owned street lights to LED lamps, at an estimated cost of $11 million, resulting in maintenance and energy costs savings.



**Traffic Signs**



Upgrades 100 percent of the size and lettering requirements for street name signs, based on the Manual on Uniform Traffic Control Devices (MUTCD).



Exhibit E-4

# 15-R-3527

A RESOLUTION TO ACCEPT THE LIST OF PROJECTS TO BE FUNDED FROM THE CITY OF ATLANTA GENERAL OBLIGATION PUBLIC IMPROVEMENT BONDS, SERIES 2015 IN AN AMOUNT NOT TO EXCEED TWO HUNDRED AND FIFTY MILLION DOLLARS ($250,000,000); AND FOR OTHER PURPOSES.

**ADOPTED BY**

MAY 0 4 2015

**COUNCIL**

☐ CONSENT REFER
☐ REGULAR REPORT REFER
☐ ADVERTISE & REFER
☐ 1ST ADOPT 2ND READ &REFER
☐ PERSONAL PAPER REFER
Date Referred:
Referred To:
Date Referred:
Referred To:
Date Referred:
Referred To:

## First Reading

Committee _____
Date _____
Chair _____
Referred To _____

**Committee** Finance/Executive
**Date** 4-29-15
**Chair** _____
**Action** ☑ Fav, Adv, Hold (see rev. side)
**Other** on condition
**Members** _____

Refer To _____

**Committee** _____
**Date** _____
**Chair** _____
**Action** Fav, Adv, Hold (see rev. side)
**Other** _____
**Members** _____

Refer To _____

**Committee** _____
**Date** _____
**Chair** _____
**Action** Fav, Adv, Hold (see rev. side)
**Other** _____
**Members** _____

Refer To _____

**Committee** _____
**Date** _____
**Chair** _____
**Action** Fav, Adv, Hold (see rev. side)
**Other** _____
**Members** _____

Refer To _____

## FINAL COUNCIL ACTION

☐ 2ND  ☐ 1ST & 2ND  ☐ 3RD
**Readings**
☐ Consent  ☐ V Vote  ☑ RC Vote

CERTIFIED
MAY 0 4 2015
ATLANTA CITY COUNCIL PRESIDENT

CERTIFIED
MAY 0 4 2015
_____ _____
MUNICIPAL CLERK

**MAYOR'S ACTION**

APPROVED
MAY 1 2 2015

WITHOUT SIGNATURE
BY OPERATION OF LAW



**A RESOLUTION BY**
**FINANCE EXECUTIVE COMMITTEE**

15- $R$ -3527

### A RESOLUTION TO ACCEPT THE LIST OF PROJECTS TO BE FUNDED FROM THE CITY OF ATLANTA GENERAL OBLIGATION PUBLIC IMPROVEMENT BONDS, SERIES 2015 IN AN AMOUNT NOT TO EXCEED TWO HUNDRED AND FIFTY MILLION DOLLARS ($250,000,000); AND FOR OTHER PURPOSES.

**WHEREAS,** the City of Atlanta (the "City") is a municipal corporation of the State of Georgia (the "State") and pursuant to Article IX, Section V, Paragraph VI of the Constitution of the State of Georgia of 1983, an act of the General Assembly of the State of Georgia providing the Charter of the City of Atlanta of 1996 (Ga. Laws 1996, p. 4469) and the laws of the State and is responsible for maintaining streets, sidewalks, curbs, gutters, bridges, facilities and other areas of the public right-of-ways for the benefit of its residents and visitors of Atlanta; and

**WHEREAS,** the City currently faces a public infrastructure maintenance backlog of more than $900,000,000; and

**WHEREAS,** the City is authorized to issue its general obligation bonds upon the vote of a majority of the qualified voters of the City voting in an election held to consider the issuance or non-issuance of such bonds; and

**WHEREAS,** at an election duly called and held on March 17, 2015, in accordance with City Council Resolution No. 14-R-4374 to regulate and provide for the calling of the election adopted by the Council of the City on January 5, 2015 as approved by the Mayor of the City on January 6, 2015, a majority of the qualified voters of the City voting in said Election voted in favor of the issuance by the City of general obligation public improvement bonds of the City in an aggregate principal amount not to exceed $250,000,000, consisting of the following separate issues (the "Series 2015 Bonds"); and

Not-to-Exceed $187,945,000 General Obligation Public Improvement Bonds for the purpose of paying the costs of the acquisition, construction, reconstruction, renovation, repair, improvement, critical capital maintenance and equipping of public streets, traffic control infrastructure and equipment, curbing, storm water drainage, street name and directional signage, bridges, viaducts and related public improvements including, but not limited to, streetlights, sidewalks, bicycle lanes, and transit stops so as to improve the pedestrian and transit environment, the cost of compliance with the Americans with Disabilities Act of 1990 for such improvements and other costs incident thereto ("Transportation Projects"), and

Not-to-Exceed $64,055,000 General Obligation Public Improvement Bonds for the purpose of paying the costs of the acquisition, construction, reconstruction, renovation, repair, improvement, critical capital maintenance and equipping of municipal facilities, including buildings, recreation centers and other facilities and related public improvements and the cost of compliance with the Americans with Disabilities Act of 1990 for such facilities and improvements and other costs incident thereto ("Facilities Projects"); and

BECKLEY-COA000526

**WHEREAS**, the Series 2015 Bonds shall be used to fund city-wide, as well council district specific Transportation Projects and Facilities Projects; and

**WHEREAS**, the City conducted studies, engaged experts and held twenty-six (26) public meetings for the purpose creating the list of Transportation Projects and Facilities Projects to be funded from the Series 2015 Bonds as shown on Exhibit A attached hereto.

**THE CITY COUNCIL OF THE CITY OF ATLANTA, GEORGIA HEREBY RESOLVES**, that proceeds from the Series 2015 Bonds may be used to fund projects as listed on Exhibit A attached hereto (the "Project List").

**BE IT FINALLY RESOLVED**, that council district projects on the Project List may be modified and/or replaced with substantially similar projects in the same council district.

**A true copy,**

**Deputy Clerk**

ADOPTED by the Atlanta City Council
APPROVED as per City Charter Section 2-403

MAY 04, 2015
MAY 13, 2015

BECKLEY-COA000527

**DRAFT**

## Citywide Projects

### Category 1 – Bridges

- Bankhead Avenue
- Childress Drive
- Citywide Bridge Improvements
- Courtland Street
- Martin L. King, Jr. Drive
- Nelson Street - pedestrian
- Powers Ferry Road

### Category 2 – Complete Streets

- Cascade Road/Avenue
- Citywide Complete Streets
- DeKalb Ave
- East Paces Ferry Road
- Fairburn Road
- Forsyth Street
- Howell Mill Road
- J E Boone Boulevard
- JE Lowery Boulevard
- ML King, Jr Drive
- Monroe Drive
- Monroe Drive/Boulevard
- Peachtree Street/Road
- Piedmont Ave
- R.D Abernathy Drive
- University Ave

### Category 3 – Roadway Resurfacing

- 10th Street
- 14th Street, phase 1
- 14th Street, phase 2
- 14th Street, phase 3
- Avon Avenue
- Baker/Highland Connector
- Barnett Street
- Beecher Street
- Berne Street
- Beverly Road
- Bohler Road
- Cheshire Bridge Road
- Citywide Resurfacing
- Cleveland Avenue
- College Avenue
- Collier Road
- Decatur Street
- Defoors Ferry
- DeKalb Avenue
- Dill Avenue

BECKLEY-COA000528



**DRAFT**

East Andrews Drive
East Cleveland Avenue
East Morningside Drive
East Roxboro Road
Ellsworth Industrial Boulevard
Empire Boulevard
Empire Way
Fair Street
Forrest Park Road
Fort Street
Greenbriar Parkway
Hapeville Road
Harbin Road
Hightower Road
Hills Avenue
Hills Place
Hollow Tree Lane
Huber Street
Huff Road
Jefferson Street
John Portman Boulevard (Harris Street)
Johnson Road, phase 1
Johnson Road, phase 2
Lake Avenue
Lakewood Avenue
Lakewood Way
Langston Avenue
Lawton Street
Lenox Road
Lenox Road
Lindbergh Way, phase 1
Lindbergh Way, phase 2
Linden Avenue
Loridans Drive
Macon Drive
Marietta Street
Mayson Street
Montgomery Ferry Drive, phase 1
Montgomery Ferry Drive, phase 2
Morris Street
Murphy Avenue
North Angier Avenue
North Avenue
North Camp Creek Pkwy
Northwest Drive
Oakdale Road
Oakland Drive

**DRAFT**



Old Chattahoochee Avenue, phase 1
Old Chattahoochee Avenue, phase 2
Old Gordon Road
Old Hapeville Road
Old Ivy Road
Peachtree Dunwoody Road
Polo Drive
Ruby Harper Boulevard
Southside Industrial Court
Southside Industrial Parkway
Southside Industrial Way
Stone Hogan Connector
Sydney Street
West Wieuca Road, phase 1
West Wieuca Road, phase 2
West Wieuca Road, phase 3
Wieuca Road
Wilson Road

| Category 4 – Americans with Disabilities Act Compliance |
|---|
| ADA Ramp & Sidewalk Replacement Program |

| Category 5 – Traffic Signals, Beacons and communication corridors |
|---|

*School Beacons*

Bethune Elementary School
Bolton Elementary School
Brown Middle School
Bunche Middle School
Continental Colony Elementary School
Coretta Scott King Middle School
F. L. Stanton Elementary School
Fickett Elementary School
Forest Hills Academy
Garden Hills Elementary School
Henry W. Grady High School
Heritage Academy
Humphries Elementary
Hutchinson Elementary
Inman Middle School
Jackson Elementary School
Jackson High School
Jones Elementary School
Kimberly Elementary School
Kipp Atlanta Collegiate
Lin Elementary School
Long Middle School
Miles Elementary School
Neighborhood Charter School

**DRAFT**



Oglethorpe Elementary School New Name: North Metro
Parkside Elementary School
Perkerson Elementary School
Rivers Elementary School
Scott Elementary School
Smith Elementary School
Smith Intermediate School
South Atlanta Computer Animation & Design School
Springdale Park Elementary School
Sutton Middle School
Sylvan Hills Middle School
Toomer Elementary School
Towns Elementary School
University Community School
Washington Banking, Finance, & Investments School
West End Academy (11, 12) School
Whitefoord Elementary School


### *Traffic Communications Corridors*

10th Street
14th street
Atlanta Avenue
Campbellton Road
Cascade Road
Claire Drive
Cleveland Avenue
DeKalb Ave/Decatur Street
Glenwood Road
Greenbriar Parkway
Hosea Williams Drive
Joseph E. Boone
Joseph E. Lowery
M. L. King Jr Dr.
Marietta Boulevard
McDaniel Street
Monroe/Boulevard
North Avenue
Peachtree Street
Piedmont Ave
R.D. Abernathy/Georgia Ave
Sylvan Road
West Marietta St

### *Traffic Signal Improvements*

14th Street @ Howell Mill Road
Alston Drive @ Candler Road
Avon Avenue @ Westmont Road & Orlando Street
Barnett Street @ Saint Charles Place

**DRAFT**



Campbellton Road @ Dodson Drive
Campbellton Road @ Greenbriar Parkway & Mount Gilead Road
Campbellton Road @ Oakland Avenue
Chattahoochee Avenue @ Ellsworth Industrial Boulevard
Chattahoochee Avenue @ Hills Avenue
Citywide Signal System upgrades & studies
College Avenue @ Rockyford Road
Constitution Road @ Forrest Park Road
DeKalb Avenue
DeKalb Avenue @ Rockyford Road & DeKalb Place
Habersham Road@ West Wesley Road
Hamilton E. Holmes Drive @ Burton Road
Hollywood Road @ Johnson Road
Howell Mill Road @ Collier Road
Howell Mill Road @ Huff Road
Howell Mill Road @ Peachtree Battle Avenue
Howell Mill Road @ Moores Mill Road
Jonesboro Road @ Claire Drive & Sawtell Avenue
Lakewood Avenue @ Claire Drive
Lakewood Avenue @ Fleet Street & Georgia 166 Ramps
Lakewood Avenue @ Macon Drive & Lakewood Way
Lakewood Avenue @ Sylvan Road
Lee Street @ White Oak Avenue
Luckie Street @ Pine Street
Macon Drive @ Old Hapeville Road & Bromack Drive
Marietta Boulevard @ Chattahoochee Avenue
Marietta Road @ Perry Boulevard & Johnson Road
Marietta Street @ Andrew Young International Boulevard
Marietta Street @ Foundry Street
Martin L. King, Jr. Drive @ I-285 N/B Ramp
Martin L. King, Jr. Drive @ Peachtree Street
Martin L. King, Jr. Drive @ Pryor Street
McDaniel Street @ Peters Street
Memorial Drive @ Maynard Terrace & Wyman Street
Monroe Drive @ Amsterdam Avenue
Monroe Drive @ Armour Drive
Monroe Drive @ Buford Highway N/B Ramps
Monroe Drive @ Park Drive
Moores mill Road @ W. Wesley Road
Moreland Avenue @ Eastland Road & Sunshine Plaza Driveway
Moreland Avenue @ McDonough Boulevard
Mt. Paran Road @ Randall Mill & Conway Drive
Mt. Paran Road @ Northside Drive
Northside Drive @ Moores Mill Road
Oakdale Road @ Fairview Road
Parkway Drive @ Linden Avenue

BECKLEY-COA000532

**DRAFT**



Peachtree Street @ Garnett Street
Pryor Road @ Claire Drive & Pryor Circle
Pryor Road @ Fair Drive
Pryor Street @ Underground Atlanta Crosswalk
Sylvan Road @ Deckner Avenue & Brewer Boulevard

| Category 6 – Public Facilities |
| --- |

M.L. King Natatorium
Public Art Program
Public Facility Improvements
Public Safety Video Integration Center

This list represents projects that are proposed for implementation as part of the Renew Atlanta Bond P
implementation of any and/or all projects is dependent on actual costs incurred during design and cons
activities.



DRAFT

| Local Projects | |
|---|---|
| **Council District 1 - $5,616,301.67** | |
| CD 1 Transportation Projects | $4,130,218.33 |
|     Ayr Street Roadway Construction | |
|     Glenwood LCI Match (Realignment at Moreland) | |
|     Lakewood LCI Match | |
|     Sloan Circle Roadway Construction | |
|     CD 1 Roadway Roadway Resurfacing & Construction | |
|     CD1 Sidewalk, Curbing and ADA | |
|     CD1 Street Light Improvements | |
| CD 1 Facility Projects | $1,486,083.33 |
|     Fire Station #2 | |
|     Fire Station #10 | |
|     CD 1 Facility Improvements | |
| **Council District 2- $5,616,301.67** | |
| CD 2 Transportation Projects | $4,130,218.33 |
|     Auburn Avenue Resurfacing | |
|     Edgewood Avenue Resurfacing | |
|     CD 2 Roadway Resurfacing & Construction | |
|     CD 2 Sidewalk, Curbing and ADA | |
|     CD 2 Street Light Improvements | |
| CD 2 Facility Projects | $1,486,083.33 |
|     CD 2 Facility Improvements | |
| **Council District 3 - $5,616,301.67** | |
| CD 3 Transportation Projects | $4,130,218.33 |
|     CD 3 Roadway Resurfacing & Construction | |
|     CD 3 Sidewalk, Curbing and ADA | |
|     CD3 Street Light Improvements | |
| CD 3 Facility Projects | $1,486,083.33 |
|     West Lake Park | |
|     Proctor Village Park | |
|     CD 3 Facility Improvements | |
| **Council District 4 - $5,616,301.67** | |
| CD 4 Transportation Projects | $4,130,218.33 |
|     CD 4 Roadway Resurfacing & Construction | |
|     CD 4 Sidewalk, Curbing and ADA | |
|     CD 4 Street Light Improvements | |
| CD 4 Facility Projects | $1,486,083.33 |
|     CD 4 Facility Improvements | |
| **Council District 5 - $5,616,301.67** | |
| CD 5 Transportation Projects | $4,130,218.33 |
|     CD 5 Roadway Resurfacing & Construction | |
|     CD 5 Sidewalk, Curbing and ADA | |
|     CD 5 Street Light Improvements | |
| CD 5 Facility Projects | $1,486,083.33 |
|     CD 5 Facility Improvements | |

BECKLEY-COA000534

DRAFT

| Council District 6 - $5,616,301.67 | |
|---|---|
| CD 6 Transportation Projects | $4,130,218.33 |
| Johnson Road Pedestrian Improvements | |
| Lenox Road Pedestrian Improvements | |
| North Morningside Resurfacing | |
| Piedmont Road Resurfacing | |
| Westminster Drive Roadway Construction | |
| CD 6 Roadway Resurfacing & Construction | |
| CD 6 Sidewalk, Curbing and ADA | |
| CD 6 Street Light Improvements | |
| CD 6 Facility Projects | $1,486,083.33 |
| Fire Station #19 | |
| Fire Station #29 | |
| CD 6 Facility Improvements | |
| Council District 7 - $5,616,301.67 | |
| CD 7 Transportation Projects | $4,130,218.33 |
| Lee Circle Roadway Construction | |
| Mountain Way Resurfacing | |
| N. Ivy Road Resurfacing | |
| Old Ivy Pedestrian Improvements | |
| CD 7 Roadway Resurfacing & Construction | |
| CD 7 Sidewalk, Curbing and ADA | |
| CD 7 Street Light Improvements | |
| CD 7 Facility Projects | $1,486,083.33 |
| CD 7 Facility Improvements | |
| Council District 8 - $5,616,301.67 | |
| CD 8 Transportation Projects | $4,130,218.33 |
| Howell Mill Resurfacing | |
| Paces Ferry Road Resurfacing | |
| CD 8 Roadway Resurfacing & Construction | |
| CD 8 Sidewalk, Curbing and ADA | |
| CD 8 Street Light Improvements | |
| CD 8 Facility Projects | $1,486,083.33 |
| CD 8 Facility Improvements | |
| Council District 9 - $5,616,301.67 | |
| CD 9 Transportation Projects | $4,130,218.33 |
| 6th Street Roadway Construction | |
| Ford Street Roadway Construction | |
| James Drive/5th Street Roadway Construction | |
| Marktwo Place Roadway Construction | |
| CD 9 Roadway Resurfacing & Construction | |
| CD 9 Sidewalk, Curbing and ADA | |
| CD 9 Street Light Improvements | |
| CD 9 Facility Projects | $1,486,083.33 |
| CD 9 Facility Improvements | |

BECKLEY-COA000535



# DRAFT

| Council District 10 - $5,616,301.67 | |
|---|---|
| CD 10 Transportation Projects | $4,130,218.33 |
| Alvarado Terrace Resurfacing | |
| Ardley Road Resurfacing | |
| Barfield Avenue Resurfacing | |
| Basil Way Resurfacing | |
| Benjamin Court Resurfacing | |
| Brownlee Place Resurfacing | |
| Camrose Way Resurfacing | |
| Cedar Island Drive Resurfacing | |
| Collier Court Resurfacing | |
| Collier Drive Resurfacing | |
| Derry Avenue Resurfacing | |
| Dogwood Court Resurfacing | |
| East Kildare Avenue Resurfacing | |
| Elmtree Drive Resurfacing | |
| Emerald Avenue Resurfacing | |
| Emerald Court Resurfacing | |
| English Circle Resurfacing | |
| Hope Court Resurfacing | |
| Howell Terrace Resurfacing | |
| Kenora Drive Resurfacing | |
| La Salle Way Resurfacing | |
| Larchwood Street Resurfacing | |
| Laurel Circle Resurfacing | |
| Linkwood Road Resurfacing | |
| Manor Court Resurfacing | |
| Mays Court Resurfacing | |
| Mays Crossing Resurfacing | |
| Mckenzie Court Resurfacing | |
| Oakcliff Road Resurfacing | |
| Redbud Lane Resurfacing | |
| Rutgers Drive Resurfacing | |
| Santa Monica Drive Resurfacing | |
| Stokes Avenue Resurfacing | |
| Valleydale Drive Resurfacing | |
| Waterford Road Resurfacing | |
| West Kildare Avenue Resurfacing | |
| Willis Mill Road Roadway Construction | |
| Wisteria Lane Resurfacing | |
| CD 10 Roadway Resurfacing & Construction | |
| CD 10 Sidewalk, Curbing and ADA | |
| CD 10 Street Light Improvements | |
| CD 10 Facility Projects | $1,486,083.33 |
| CD 10 Facility Improvements | |

BECKLEY-COA000536

DRAFT

| Council District 11 - $5,616,301.67 | |
|---|---|
| CD 11 Transportation Projects | $4,130,218.33 |
| CD 11 Roadway Resurfacing & Construction | |
| CD 11 Sidewalk, Curbing and ADA | |
| CD 11 Street Light Improvements | |
| CD 11 Facility Projects | $1,486,083.33 |
| Adams Park | |
| Ben Hill Rec Center | |
| Fire Station #31 | |
| CD 11 Facility Improvements | |
| Council District 12 - $5,616,301.67 | |
| CD 12 Transportation Projects | $4,130,218.33 |
| Allerton Court Resurfacing | |
| Ardwick Court Resurfacing | |
| Beaconfield Court Resurfacing | |
| Chevington Court Resurfacing | |
| Erica Way Resurfacing | |
| Lakewood Avenue Pedestrian Improvements | |
| Litherland Court Resurfacing | |
| Little Hampton Court Resurfacing | |
| Mackets Cove Resurfacing | |
| Oak Drive SE Resurfacing | |
| Oakshire Way Resurfacing | |
| Perkerson Road Pedestrian Improvements | |
| Richmond Court Resurfacing | |
| Rigby Court Resurfacing | |
| Ruby Harper at Browns Mill Safety Improvements | |
| Southside Industrial Pkwy at Browns Mill Safety Improvements | |
| Sylvan at Deckner Safety Improvements | |
| Ward Drive SW Resurfacing | |
| Waynes Court SE Resurfacing | |
| CD 12 Roadway Resurfacing & Construction | |
| CD 12 Sidewalk, Curbing and ADA | |
| CD 12 Street Light Improvements | |
| CD 12 Facility Projects | $1,486,083.33 |
| Fire Station #20 | |
| Fire Station #30 | |
| Rosel Fann Community Center | |
| CD 12 Facility Improvements | |

This list represents projects that are proposed for implementation as part of the Renew Atlanta Bond Program.  Actual implementation of any and/or all projects is dependent on actual costs incurred during design and construction activities.

BECKLEY-COA000537

```
                                                    RCS# 1183
                                                     5/04/15
                                                     4:16 PM
```

Atlanta City Council

15-R-3527            ACCEPT LIST OF PROJECTS FUNDED FROM THE
                    GEN. OBLIGATION PUBLIC IMPROVEMENT BONDS
                                      ADOPT

```
                              YEAS:  14
                              NAYS:   0
                        ABSTENTIONS:   0
                        NOT VOTING:    1
                            EXCUSED:   0
                             ABSENT    1
```

```
B  Smith      Y Archibong    Y Moore      Y Bond
Y  Hall       Y Wan          Y Martin     Y Norwood
Y  Young      Y Shook        Y Bottoms    Y Dickens
Y  Winslow    Y Adrean       Y Sheperd    NV Mitchell
```

15-R-3527

BECKLEY-COA000538



**MAYOR'S ACTION AUTHENTICATION PAGE**

## 15-R-3527
## Adopted by the Atlanta City Council
## May 4, 2015

APPROVED

MAY 1 3 2015

WITHOUT SIGNATURE
BY OPERATION OF LAW

**MAYOR'S ACTION**

BECKLEY-COA000539