# Exhibit G – Deposition of Michael Ayo

# In The Matter Of:

*ELIZABETH BECKLEY vs.*
*CITY OF ATLANTA, GEORGIA*

---

*MICHAEL AYO*
*February 1, 2017*
*30(b)(6) DEPOSITION*

---



## JPA REPORTING, LLC

### CERTIFIED COURT REPORTERS

1776 PEACHTREE STREET, N.W.
SUITE 390-N
ATLANTA, GEORGIA 30309
404-853-1811
1-888-947-2963

*Original File 0201Ayo17.txt*
**Min-U-Script® with Word Index**

**30(b)(6) DEPOSITION**

1          Q.       (By Mr. Radford) Mr. Ayo --

2          A.       "Ayo," please.

3          Q.       "Ayo"?

4          A.       Yes.

5          Q.       Mr. Ayo, have you seen the document

6     that's marked here as Plaintiff's Exhibit 4?

7          A.       Yes, I have.

8          Q.       And do you -- as you look at the four

9     topics listed here on Page 2, I believe that the City

10    has designated you to speak on Topic 3; is that

11    correct?

12         A.       That is correct.

13         Q.       All right.  Topic 3 is the City's

14    position regarding why sidewalk ramps have not to

15    date been installed at the intersection of Martin

16    Luther King Boulevard and Centennial Olympic Park

17    Drive.  And is that the topic you're prepared to

18    speak on today?

19         A.       Yes.

20         Q.       What is your position with the City of

21    Atlanta?

22         A.       I'm a bridge engineer for the City.

23         Q.       All right.  And is it through that

24    position that you've come to the knowledge that would

25    allow you to speak on this topic?

**30(b)(6) DEPOSITION**

1    A.    Yes.

2    Q.    Well, I'll just ask you the question,

3  what is the City's position regarding why sidewalk

4  ramps have not to date been installed at the

5  intersection of Martin Luther King Boulevard and

6  Centennial Olympic Park Drive?

7    A.    The bridge was constructed initially, I

8  believe in 1961.  As you might have guessed, I

9  probably wasn't an employee then.  In fact, I was

10  probably four years old, so -- but I can -- as a

11  professional, I can reason, or have reason to believe

12  that whatever applicable codes at that time for

13  design and construction of bridges, I believe they

14  were followed.  Just my perception.

15         At that time, I don't believe sidewalk

16  or ADA ramps were part of the code at that time.

17  That's probably why they were not installed.  That is

18  just my observation, but -- why they were not there,

19  I don't know.  But that's my perception, that they

20  were not part of the code to be followed by design

21  engineers at that time.

22    Q.    How long have you been a bridge

23  engineer with the City?

24    A.    Two years now.

25    Q.    Have you been consulted regarding the

**30(b)(6) DEPOSITION**

1  question of whether sidewalk ramps can be installed

2  at that intersection today?

3      A.      I'm not sure I understand your

4  question.

5      Q.      Have you researched or assessed whether

6  sidewalk ramps could be installed at that

7  intersection today?

8      A.      Yes.  I was tasked to make an

9  evaluation as to the possibility of installing ADA

10  ramps at the location late this past year --

11  specifically about October, and I went there to make

12  an assessment.

13      Q.      All right.  And what did you conclude?

14      A.      I concluded that it's going to be

15  difficult to install it there, but it's not

16  absolutely impossible.  The original structure was

17  not designed to accommodate this particular facility.

18  To install this ADA ramp at this location, it will

19  necessitate a major redesign of the intersection to

20  accommodate the ADA requirements.

21      Q.      Okay.  Anything in particular about it

22  that makes it difficult?

23      A.      Yes.  From a structural engineering

24  standpoint, the location of the sidewalks, they are

25  considered cantilevered.  "Cantilevered" means they

**30(b)(6) DEPOSITION**

1    are not fully supported.   The pier support that

2    supports the bridge are in the middle of the bridge,

3    but the sidewalk portion remains an overhang.

4               And the way bridges are constructed, we

5    have rebars, which are so-called like steel rods.

6    They're embedded in the concrete somewhere there.

7               At this particular location where the

8    overhangs are, the rods are rather built below,

9    closer -- like below the deck.   They are more towards

10   the top of the bridge deck.   So it becomes a

11   structural challenge to cut through those rebars.

12   Because once you cut through them, then the

13   cantilever section, which is supported, becomes

14   even -- you know, puts the whole area in danger of

15   collapsing.

16               So that's why that's the biggest

17   challenge of why we simply can't just install ADA

18   ramps at those location.

19        Q.      You can't just cut into the concrete.

20        A.      You can't just cut into the concrete,

21   no.

22        Q.      Have you been involved in any

23   maintenance or repair of that bridge during your time

24   with the City?

25        A.      Yes, I have.

**30(b)(6) DEPOSITION**

1      But even then, roadways of some older

2  bridges, they're remarkably in good condition, that

3  you don't need to resurface them every so often.

4  Could be once in five years, could be one in 10

5  years.  Again, could just be sporadically when

6  potholes or problems develop, and then they are

7  patched and leveled to surface.

8      Q.    As to this specific bridge where MLK

9  and COP intersect, are you familiar with the type of

10  surface on that bridge?

11      A.    Yes, I am.

12      Q.    And how would you describe it, to a

13  layperson?

14      A.    In that particular area, the roadway

15  surface is concrete.  And concrete roadways are very

16  resilient.  They do not wear out as often as asphalt

17  roadways.

18      Q.    Okay.  And for a concrete roadway of

19  the sort that's on that bridge, how often would you

20  expect it to be resurfaced?

21      A.    Gosh.  Again, if it's concrete, as in

22  this particular case, it's rarely scheduled to be

23  resurfaced, unless there's a specific problem there

24  that makes the roadway unsafe.

25      Again, concrete roadways are -- they

**30(b)(6) DEPOSITION**

1   last a much longer time, and typically they are not

2   resurfaced.

3          Q.      Okay.  So -- and are you personally

4   aware of any resurfacing that's been done on that

5   particular roadway?

6          A.      Intersection?  No.  I'm not aware of

7   any.

8          Q.      Okay.  And I believe you -- go ahead.

9          A.      Recently, for the time I've been with

10  the City, you know, I'm not -- what happened

11  previous, preceding my employment, I don't know, and

12  I have no record of that.

13         Q.      Okay.  And I believe you talked earlier

14  about some repairs that have been made to the bridge.

15  Have those repairs been made within the previous two

16  years?

17                 Or, I guess, during the period of your

18  employment.

19         A.      Yes.  But not at that location.  Areas

20  where repairs has been made, they are further back

21  towards -- gosh.  It's a two-way roadway now.  But

22  much towards the -- going in the direction of Georgia

23  World Congress, which I believe is eastbound if

24  you're at that location.  But at that intersection,

25  per se, we have not made any repairs.