# Exhibit F – Declaration of Michael Ayo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELIZABETH BECKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-01435-MHC |
| ) | |
| CITY OF ATLANTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF MICHAEL AYO

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am currently employed by the City of Atlanta (the "City") as a Bridge Engineer with the Department of Public Works ("DPW"). I have more than twenty (20) years of experience as a civil engineer, and I have been employed by the City since 2015.

2. I am the designee of the DPW Commissioner pursuant to 28 C.F.R. § 35.150(a)(3). In that capacity, I have assessed whether Americans with Disabilities Act ("ADA") compliant sidewalk ramps can be installed at the

intersection of Centennial Olympic Park Drive and Martin Luther King, Jr. Drive in Atlanta, Georgia.

3. Centennial Olympic Park Drive and Martin Luther King, Jr. Drive converge at a bridge, which is where the intersection at issue is located.

4. The roadway surface of the bridge at Centennial Olympic Park Drive and Martin Luther King, Jr. Drive is concrete, not asphalt. The City does not resurface concrete roadways because the concrete surface is very resilient and does not wear out as often as asphalt roadways.

5. The bridge located at Martin Luther King, Jr. Drive was constructed in 1961. (See Exhibit F-1 attached hereto). I have concluded that the installation of ADA sidewalk ramps would require a major redesign of the intersection to bring it into compliance with ADA requirements.

6. From an engineering standpoint, the installation of ADA compliant sidewalk ramps at the intersection is structurally challenging because the sidewalks are cantilevered, which means that they are not fully supported.

7. Cantilevers must be firmly anchored on one side in order to hold up the necessary weight on the free standing side. A common example of a small cantilever is a diving board because one side is firmly attached to the ground so that the other side can hold a person's weight suspended over the water.

8. To support the bridge and the sidewalks along Martin Luther King, Jr. Drive, rebars (i.e., steel rods) are embedded inside the concrete. Because the rebars are located below the bridge deck, it is a structural challenge to cut through the rebars.

9. Once the rebars are cut, the cantilevered sections of the bridge, which are supported by the rebars, are in danger of collapsing. Even if one section of the bridge collapsed, the bridge would no longer be safe for pedestrian and vehicle traffic.

10. To ensure ADA compliant sidewalk ramps are safely installed at the intersection, I collaborated with the local engineering firm of Burns McDonnell to redesign the intersection at issue. (See Exhibit F-2 attached hereto).

11. Given the unique safety risks posed by cutting through the existing bridge's rebars to install ADA compliant ramps, the ramps will be installed at the time the bridge at Martin Luther King, Jr. Drive is replaced.

12. Generally, it takes approximately two years for the completion of a bridge from the design phase to actual construction.

13. Although construction completion dates cannot be guaranteed, the bridge at Martin Luther King, Jr. Drive is expected to be replaced by 2018.

14. For the foregoing reasons, it is my professional opinion that the installation of ADA compliant sidewalks at the intersection of Centennial Olympic Park Drive and Martin Luther King, Jr. Drive as it currently exists would fundamentally alter the City's services, programs, or activities and/or would impose undue administrative and financial burdens on the City.

I declare under penalty of perjury that the foregoing is true and correct.

Signature:

*Michael Ayo*
Michael Ayo

Executed on the 26th day of April, 2017.

# Exhibit F-1

# BRIDGE INVENTORY DATA LISTING GEORGIA DEPARTMENT OF TRANSPORTATION

**Structure ID:** 121-0391-0  
**Fulton Area 7**  
**SUFF. RATING** 64.88

Beckley-COA000255

## Location & Geography

| | | |
|---|---|---|
| Structure I.D.No. | 121-0391-0 | |
| 200 Bridge Information | 07 | |
| 6A Feature Int: | NS RR-CS 3435 MANGUM | |
| 6B Critical Bridge: | 0 | |
| 7A Route Number Carried: | CS00904 | |
| 7B Facility Carried | MLK JR. DRIVE | |
| 9 Location: | IN ATLANTA | |
| 2 DOT District | 7 | |
| 207 Year Photo: | 2011 | |
| 91 Inspection Frequency: | 24 | Date: 02/15/2011 |
| 92A Fract Crit Insp Freq: | 12 | Date: 02/15/2011 |
| 92B Underwater Insp Freq: | 00 | Date: 02/01/1901 |
| 92C Other Spc. Insp Freq: | 00 | Date: 02/01/1901 |
| 4 Place Code: | 04000 | |
| 5 Inventory Route (O/U) Type: | 1 | |
| Designation: | 5 | |
| Number: | 09134 | |
| Direction: | 0 | |
| 16 Latitude: | 33-45.2735 | MMS Prefix: |
| 17 Longitude: 84-23.8183 | MMS Suffix: | MP: |
| 98 Border Bridge: | 000 | %Shared: 00 |
| 99 ID Number: | 00000000000000000 | |
| 100 STRAHNET: | 0 | |
| 12 Base Highway Network: | 1 | |
| 13A LRS Inventory Route: | 1213379003 | |
| 13B Sub Inventory Route: | 0 | |
| 101 Parallel Structure: | N | |
| 102 Direction of Traffic: | 2 | |
| 264 Road Inventory Mile Post: | 001.29 | |
| 208 Inspection Area: | 07 | Initials: JPD |
| Engineer's Initial: | sgm | |

* Location I.D. No.: 121-09134M-002.92E

## Signs & Attachments

| | | |
|---|---|---|
| 104 Highway System: | 0 | |
| 26 Functional Classification: | 16 | |
| 204 Federal Route Type: | N | No.: 09134 |
| 105 Federal Lands Highway: | 0 | |
| 110 Truck Route: | 0 | |
| 206 School Bus Route: | 1 | |
| 217 Benchmark Elevation: | 0000.00 | |
| 218 Datum: | 0 | |
| 19 Bypass Length | 01 | |
| 20 Toll: | 3 | |
| 21 Maintenance: | 04 | |
| 22 Owner: | 04 | |
| 31 Design Load: | 5 | |
| 37 Historical Significance: | 5 | |
| 205 Congressional District: | 05 | |
| 27 Year Constructed: | 1961 | |
| 106 Year Reconstructed: | 0000 | |
| 33 Bridge Median: | 0 | |
| 34 Skew: | 99 | |
| 35 Structure Flared: | 0 | |
| 38 Navigation Control: | N | |
| 213 Special Steel Design: | 0 | |
| 267 Type of Paint: | 5 | |
| 42 Type of Service on: | 5 | |
| Under: | 4 | |
| 214 Movable Bridge: | 0 | |
| 203 Type Bridge: | Z-N-N-O | |
| 259 Pile Encasement: | 3 | |
| 43 Structure Type Main: | 4  02 | |
| 45 No. Spans Main: | 025 | |
| 44 Structure Type Appr: | 1  04 | |
| 46 No. Spans Appr: | 0001 | |
| 226 Bridge Curve Horz: | 1 | Vert: 1 |
| 111 Pier Protection: | 0 | |
| 107 Deck Structure Type: | 1 | |
| 108 Wearing Surface Type: | 1 | |
|     Membrane: | 0 | |
|     Protection: | 8 | |

| | | |
|---|---|---|
| 225 | Expansion Joint Type: | 04 |
| 242 | Deck Drains: | 3 |
| 243 | Parapet Location: | 0 |
|     | Height: | 0.00 |
|     | Width: | 0.00 |
| 238 | Curb: | |
| 239 | Handrail: | 5  0.80 5 |
| 240 | Median Barrier Rail: | 0 |
| 241 | Bridge Median Height: | 0.00 |
|     | Width: | 0.00 |
| 230 | Guardrail Loc. Dir Rear: | 0 |
|     | Fwrd: | 0 |
|     | Oppo Dir Rear: | 0 |
|     | Fwrd: | 0 |
| 244 | Approach Slab: | 1 |
| 224 | Retaining Wall: | 0 |
| 233 | Posted Speed Limit | 25 |
| 236 | Warning Sign: | 0 |
| 234 | Delineator: | 0 |
| 235 | Hazard Boards: | 0 |
| 237 | Utilities Gas: | 00 |
|     | Water | 24 |
|     | Electric: | 24 |
|     | Telephone: | 00 |
|     | Sewer: | 00 |
| 247 | Lighting Street: | 1 |
|     | Navigation | 0 |
|     | Aerial | 0 |
| 248 | County Continuity No: | 00 |

Report Date: 1/17/2012

# BRIDGE INVENTORY DATA LISTING GEORGIA DEPARTMENT OF TRANSPORTATION

Structure ID: 121-0391-0     Fulton Area 7     SUFF. RATING    64.88

## Programming Data

- 201 Project No.: UNKNOWN
- 202 Plans Available: 0
- 249 Prop. Proj. No.: 000000000000000
- 250 Approval Status: 0000
- 251 P.I. No.: 0000000
- 252 Contract Date: 02/01/1901
- 260 Seismic No.: 00000
- 75 Type Work: 00   0
- 94 Bridge Imp. Cost: $ 0
- 95 Roadway Imp. Cost: $ 0
- 96 Total Imp Cost: $ 0
- 76 Imp. Length: 000000
- 97 Imp. Year: 0000
- 114 Future ADT: 014235   Year: 2027

## Hydraulic Data

- 215 Waterway Data
  - Highwater Elev.: 0000.0   Year: 1900
  - Avg. Streambed Elev.: 0000.0   Freq.: 00
  - Drainage Area: 00000
  - Area Of Opening: 000000
- 113 Scour Critical: N
- 216 Water Depth: 00.0   Br. Height: 00.0
- 222 Slope Protection: 0
- 221 Spur Dikes Rear: 0   Fwrd: 0
- 219 Fender System: 0
- 220 Dolphin: 0
- 223 Culvert Cover: 000
  - Type: 0
  - No. Barrels: 0
  - Width: 0.00   Height: 0.00
  - Length: 0   Apron: 0
- 265 U/W Insp. Area: 0   Diver: ZZZ

- Location I.D. No.: 121-09134M-002.92E

## Measurements

- 29 ADT: 009490   Year: 2007
- 109 % Trucks: 0
- 28 Lanes On: 05 Under: 02
- 210 No. Tracks On: 00 Under: 07
- 48 Max. Span Length: 0173
- 49 Structure Length: 2,195
- 51 Br. Rwdy. Width: 56.30
- 52 Deck Width: 74.30
- 47 Tot. Horz. Cl.: 56.30
- 50 Curb/Sidewlk Width: 8.00/8.00
- 32 Approach Rdwy Width: 072
- 229 Shoulder Width:
  - Rear Lt: 8.00 Type: 1 Rt: 8.00
  - Fwrd Lt: 8.00 Type: 1 Rt: 8.00
- Pavement Width:
  - Rear: 56.00 Type: 2
  - Fwrd: 56.00 Type: 2
- Intersection Rear: 1   Fwrd: 1
- 36 Safety Features Br. Rail: 2
  - Transition: 0
  - App. G. Rail: 0
  - App. Rail End: 0
- 53 Minimum Cl.Over: 99 ' 99 "
  - Under: H   23 ' 05 "
- 228 Min. Vertical Cl
  - Act. Odm Dir: 99 ' 99 "
  - Oppo. Dir: 99 ' 99 "
  - Posted Odm. Dir: 00 ' 00 "
  - Oppo. Dir: 00 ' 00 "
- 55 Lateral Underel. Rt: H   12.00
- 56 Lateral Underel. Lt: 0.00
- 10 Max Min Vert Cl: 99 ' 99 "Dir: 0
- 39 Nav Vert Cl: 000   Horz: 0000
- 116 Nav Vert Cl Closed: 000
- 245 Deck Thickness Main: 7.00
  - Deck Thick Approach: 7.00
- 246 Overlay Thickness: 0.00
- 212 Year Last Painted: Sup: 1996   Sub: 1996

## Ratings

- 65 Inventory Rating Method: 2
- 63 Inventory Rating Method: 2
- 66 Inventory Type: 2   Rating: 36
- 64 Operating Type: 2   Rating: 61
- 231 Calculated Loads
  - H-Modified: 20   0
  - HS-Modified: 25   0
  - Type 3: 28   0
  - Type 3x2: 40   0
  - Timber: 36   0
  - Piggyback: 00   0
- 261 H Inventory Rating: 20
- 262 H Operating Rating: 32
- 67 Structural Evaluation: 5
- 58 Deck Condition: 5
- 59 Superstructure Condition: 6
- * 227 Collision Damage: 0
- 60A Substructure Condition: 5
- 60B Scour Condition: N
- 60C Underwater Condition: N
- 71 Waterway Adequacy: N
- 61 Channel Protection Cond: N
- 68 Deck Geometry: 2
- 69 UnderCtr. Horz/Vert: 7
- 72 Appr. Alignment: 8
- 62 Culvert: N

## Posting Data

- 70 Bridge Posting Required: 5
- 41 Struct Open, Posted, Cl: P
- 103 Temporary Structure: 0
- 232 Posted Loads R-Modified: 13
  - HS-Modified: 00
  - Type 3: 28
  - Type3x2: 36
  - Timber: 00
  - Piggyback: 00
- 253 Notification Date: 02/01/1901
- 253 Fed Notify Date: 02/01/1901   0

Report Date: 1/17/2012     SIA-2

Beckley-COA000256

# Exhibit F-2





